## MARIO N. ALIOTO
## TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

I am a graduate of the University of Santa Clara with a B.A. degree, cum laude, in Economics. I am also a graduate of the University of San Francisco School of Law with a J.D. degree, cum laude.

Upon graduation from law school, I clerked for the late Honorable Ira I. Brown, Jr., Judge of the San Francisco Superior Court. Thereafter, I was employed in the Law Offices of Joseph L. Alioto working on complex litigation, primarily plaintiff's antitrust cases. I was admitted to the State Bar of California, various Federal District Courts, various Courts of Appeal, and the Supreme Court of the United States.

I worked with the Law Offices of Joseph L. Alioto for 10 years and then moved to my present firm. I have continued to handle complex litigation and antitrust cases as well as unfair competition and consumer protection cases and class actions in state and federal courts throughout the country. I have represented both plaintiffs and defendants in these cases. I have had extensive trial court and appellate court experience as well as experience in arbitration proceedings.

I was one of the first lawyers in California to successfully prosecute indirect purchaser antitrust class actions under the Cartwright Act and the Unfair Competition Act. I was counsel in the landmark decision Crown Oil v. Superior Court, 177 Cal. App. 3d 604 (1986), which upheld the right of indirect purchasers to sue under the Cartwright Act after their claims had been barred under federal law by the decision in Illinois Brick v. Illinois, 431 U.S. 720 (1977). As a result of the Crown Oil decision, California consumers and businesses have recovered millions of dollars in relief which would otherwise have been barred under Illinois Brick.

In over 30 years of practice in this area, I have handled approximately 50 antitrust cases. I have served in leadership roles in most of these cases and have been Lead or Liaison Counsel in many of them. This experience has enabled me to prosecute these

cases efficiently and achieve favorable settlements without unnecessary demands on judicial resources.

I have handled these cases in collaboration with other law firms when circumstances warranted this, and have also demonstrated the ability to handle these cases effectively without the assistance of a consortium of other law firms. I have been involved in a number of jury trials in state and federal court and have tried 2 cases to jury verdict as the lead lawyer. I have handled approximately 30 appeals as well.

Most recently, I obtained relief of approximately $50 million for California consumers on account of improper automobile repossession practices by two large finance companies. This result was obtained primarily by my firm with the assistance of one other firm. In approving the settlement in that matter, the Honorable Daniel M. Hanlon (Ret.) noted that my firm had handled the litigation "effectively and efficiently" and that counsel was "experienced and competent" and had obtained an "excellent settlement."

A list of representative complex litigation cases I have been involved in is attached hereto.

## **COMPLEX LITIGATION CASES**

1) *In re Arizona Dairy Products Litigation,* Civil No. 74-569A PHX CAM (D. Ariz.) - antitrust price-fixing action brought on behalf of five classes of Arizona purchasers of dairy products.

2) *In re California Armored Cars Litigation,* MDL 387 - antitrust price-fixing action brought on behalf of private class of purchasers in California.

3) *Bolton v. A.R.A. Services, Inc., et al.*, Civil Action No. C-79-2156-SW (N.D. Cal. 1980), antitrust price-fixing action brought on behalf of purchasers of publications.

4) *Day N Night Market v. Roblin Industries, Inc., et al.*, Civil Action No. 772-241 - antitrust price-fixing case for class of indirect purchasers of shopping carts.

5) *Monterosso v. Cambridge-Lee Industries, Inc., et al.*, (S.F. Sup. Ct. 1983) - indirect-purchaser, antitrust class action by California purchasers of copper tubing.

6) *Scarpa v. American Savings & Loan Association, et al.*, (S.F. Sup. Ct. 1984) - Unfair Competition Act for fixing pre-payment and association fees.

7) *California Indirect-Purchaser Infant Formula Antitrust Litigation*, Judicial Council Coordination Proceeding No. 2557 (L.A. Sup. Ct.) - state-wide, Cartwright Act, class action for consumers who purchased infant formula.

8) *Airport Hub Antitrust Litigation (N.D.* Ga.) - nationwide class action for price-fixing of domestic airline ticket prices.

9) *Duke Development Company v. The Stanley Works, et al. (S.F.* Sup. Ct.) - state-wide, price-fixing, Cartwright Act, class action for indirect purchasers of hinges.

10) *Exxon Valdez Spill Litigation (L.A.* Sup. Ct.) state-wide class action for economic damages suffered by California motorists caused by Exxon Valdez spill.

11) *Los Angeles Waste Antitrust Litigation (*C.D. Cal.) - county-wide, price-fixing, Cartwright Act class action involving waste disposal.

12) *Leslie K. Bruce, et al. v. Gerber Products Company, et al.,* Civil Case No. 948-857 (S.F. Sup. Ct.) - indirect-purchaser, price-fixing action against baby food manufacturers.

13) *Nancy Wolf v. Toyota Motor Sales, U.S.A., Inc., et al.,* Civil Action No. C94-1359-MHP - nationwide, consumer class action alleging that the TDA Assessment on the dealer invoice was raised pursuant to an antitrust agreement.

14) *Lee Bright v. Kanzaki Specialty Papers, Inc., et al.,* Civil Action No. 963-598 (S.F. Sup. Ct.) - indirect-purchaser, consumer class action alleging a price-fixing conspiracy on fax paper.

15) *Patco Enterprises v. Comet Products, Inc., et al.,* Civil Action No. 961-814 (S.F. Super Ct.) - indirect-purchaser, class action alleging a price-fixing conspiracy on plastic dinnerware.

16) *In re California X-Ray Antitrust Litigation,* Civil Action No. 960-886 (S.F. Sup. Ct.) - indirect-purchaser, class action alleging price-fixing in X-ray film.

17) *In Re Brand Name Prescription Drugs Antitrust Litigation,* Civil Action No. 94-C-897, MDL 997 (U.S. District Court - Northern District of Illinois, Eastern Division) - direct-purchaser class action alleging that the prescription drug manufacturers and wholesalers combined to keep prices unreasonably high to retail pharmacies.

18) *In Re: Liquid Carbon Dioxide Cases,* Judicial Council Coordination Proceeding No. 3012 (San Diego Sup. Ct.) - indirect-purchaser class action alleging price-fixing on carbon dioxide.

19) *Jack Davis v. Microsoft Corporation,* Civil Action No. 963-597 (S.F. Sup. Ct.) - consumer class action alleging that Microsoft's 6.0 system was flawed and should be corrected.

20) *In Re Sorbate Price-Fixing Cases;* JCCP 4073 - class action alleging that certain manufacturers of sorbate fixed prices for product sold indirectly to California purchasers.

21) *In Re Methionine Antitrust Litigation,* MDL 1311--class action alleging that certain manufacturers of methionine fixed prices to direct purchasers throughout the United States.

22) *In Re Methionine Cases,* JCCP 4090 - class action alleging that certain manufacturers of methionine fixed prices to indirect purchasers of that product in California

23) *Patco Enterprises, Inc., et al. v. Sunrise Carpet Industries, et al.,* SF Sup. Ct. Action No. 980454 - class action alleging that manufacturers of certain types of carpets fixed prices to indirect purchasers in California.

24) *Sanitary Paper Cases I & II,* JCCP 4019, 4027] - class action alleging that manufacturers of certain types of sanitary paper fixed prices to indirect purchasers in California.

25) *In re: Flat Glass Indirect Purchaser Antitrust Litigation,* JCCP 4033 - class action alleging that manufacturers of certain types of flat glass fixed prices to indirect purchasers in California.

26) *NASDAQ Market Makers Antitrust Litigation,* MDL 1023 94 Civ. 3996 (RWS) - nationwide class action alleging that stock trading commissions were illegally fixed.

27) *In re Vitamin Antitrust Litigation,* JCCP 4076 - statewide class action by indirect purchasers alleging a price-fixing conspiracy.

28) *In re Auctions House Antitrust Litigation,* JCCP 4145 - indirect-purchaser antitrust class action alleging that major auction houses fixed buyer commissions.

29) *In re Cigarette Price-Fixing Cases,* JCCP 4114 - California Cartwright Act class action alleging that the tobacco companies fixed prices of cigarettes to pay state settlements.

30) *In re Compact Disc Minimum Advertised Price Antitrust Litigation*, United States District Court, District of Maine, MDL No. 1361—class action alleging price fixing on music compact discs.

31) *In re Laminate Cases,* Alameda Superior Court, Master File No. 304471—indirect purchaser class action alleging price fixing on high pressure laminates.

32) *Swiss American Sausage Co. v. Pfizer, Inc.,* San Francisco Superior Court, No. 305121—indirect purchaser class action alleging price fixing on sodium erythorbate and maltol.

33) *Blair v. Cheil Jedang,* San Francisco Superior Court—indirect purchaser class action alleging price fixing on lysine.

34) *Automobile Repossession Cases,* San Francisco Superior Court—indirect purchaser class action alleging price fixing on automobile repossession services.

35) *Lapidus v. Crown Oil,* San Francisco Superior Court, indirect purchaser class action alleging price fixing on coconut oil.

36) *Behr Wood Sealant Cases,* San Joachin Superior Court—indirect purchaser class action alleging defective wood sealant products.

37) *Food Additives Cases,* Stanislaus Superior Court, JCCP 3261—indirect purchaser class action alleging price fixing on high fructose corn syrup.

38) *In re Liquid Asphalt,* United States District Court for the District of Montana—direct purchaser action alleging price fixing on liquid asphalt.

39) *Panel Roofing,* Los Angeles Superior Court—class action alleging price fixing on panel roofing in the Los Angeles area.

40) *Checking Account Cases,* San Francisco Superior Court—alleging unlawful termination of free checking accounts.

41) *Campbell v. Fireside Thrift,* San Francisco Superior Court, No. 316462—alleging unlawful automobile repossession practices.

42) *Groom v. Ford Motor Credit,* San Francisco Superior Court, JCCP 4281—alleging unlawful automobile repossession practices.

43) *Cipro Cases,* San Diego Superior Court, JCCP 4154 and 4220—alleging unlawful agreement to eliminate generic Cipro from the market.

44) *Labelstock Cases,* San Francisco Superior Court, JCCP 4314, 4318 and 4326—indirect purchaser class action alleging price fixing on pressure sensitive labels.

45) *Credit/Debit Card Tying Cases,* San Francisco Superior Court, JCCP 4335—alleging unlawful tying of debit cards to credit cards.

46) *Gustin Schreiner v. Crompton Corporation,* San Francisco Superior Court, No. CGC-04-429323—indirect purchaser class action alleging price fixing of NBR.

47) *Electrical Carbon Products Cases,* San Francisco Superior Court, JCCP 4294—indirect purchaser class action alleging price fixing on electrical carbon products.

48) *Polyester Staple Cases,* San Francisco Superior Court, JCCP 4278—indirect purchaser class action alleging price fixing on polyester staple.

49) *D-RAM Cases,* San Francisco Superior Court, JCCP 4265—indirect purchaser class action alleging price fixing on D-RAM.

50) *Environmental Technologies Cases,* Alameda Superior Court, JCCP 4257—indirect purchaser class action alleging price fixing on organic peroxide.

51) *Reidel v. Norfalco LLC,* San Francisco Superior Court, No. CGC-03-418080—indirect purchaser class action alleging price fixing of sulfuric acid.

52) *Villa v. Crompton Corporation,* San Francisco Superior Court, No. CGC-03-419116—indirect purchaser class action alleging price fixing of EPDM.

53) *Carbon Black Cases,* San Francisco Superior Court, JCCP 4323—indirect purchaser class action alleging price fixing of Carbon Black.

54) *Urethane Cases,* San Francisco Superior Court, JCCP 4367 -indirect purchaser class action alleging price fixing of urethane.

55) *Catfish Products Cases,* San Francisco Superior Court—indirect purchaser class action alleging price fixing of catfish products.

56) *Fattal v. Noranda*, United States District Court for the District of New Mexico—alleging worldwide price fixing of potash.

57) *In re Corn Derivatives,* United States District Court for the District of New Jersey—alleging nationwide price fixing of corn derivatives.