# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

```
------------------------------------------------------------------- x
                                                                    :
                                                                    :   MDL No.: 1616
IN RE: URETHANE ANTITRUST LITIGATION                                :
                                                                    :   Case No.:  04-md-1616-JWL
                                                                    :
------------------------------------------------------------------- x
This Document Relates to All Cases                                  :
-------------------------------------------------------------------x
```

## APPLICATION OF ANGELA K. DRAKE
## FOR APPOINTMENT AS CO-LEAD COUNSEL

Upon the annexed declarations of Angela K. Drake, Stephen Lowey, and John Beynon, and upon the accompanying memorandum of law, Angela K. Drake will move this Court, pursuant to Rule 23(g), Fed. R. Civ. P., and Manual for Complex Litigation § 10.22, at the initial scheduling conference to be held on October 15, 2004, at 10:00 a.m., for appointment as co-lead counsel to prosecute and manage this litigation.

Dated: October 12, 2004

                                                                                                        LOWTHER JOHNSON LLC

                                                                                              By:   /s/Angela K. Drake
                                                                                                     Angela K. Drake
901 St. Louis Street, 20th Floor
Springfield, MO 65806
Tel: 417-866-7777
Fax: 417-866-1752
E-Mail: adrake@lowtherjohnson.com
www.lowtherjohnson.com

*Attorneys for Beynon Sports*

1821 / MISC / 00069549.WPD v1

*Surfaces, Inc.*

OF COUNSEL:

LOWEY DANNENBERG BEMPORAD
  & SELINGER, P.C.
        Stephen Lowey
        Peter D. St. Phillip, Jr.
One North Lexington Avenue
White Plains, New York 10601
Tel:  914-997-0500
Fax: 914-997-0035
E-Mail: slowey@ldbs.com
Url: www.ldbs.com

## CERTIFICATE OF SERVICE

    I, Angela K. Drake, hereby certify that on October 12, 2004, I served copies of the foregoing instrument upon all counsel listed on the Panel Service List, via U.S. first-class mail.


                              /s/Angela K. Drake
                              Angela K. Drake