IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE URETHANE ANTITRUST LITIGATION | 04-md-1616-JWL |
| | MDL No. 1616 |
| This Document Relates To All Cases | |

DECLARATION OF JOSEPH M. BARTON IN SUPPORT OF
CONSENSUS PLAINTIFFS' SUPPLEMENTAL RESPONSE
IN SUPPORT OF THEIR MOTION FOR ENTRY OF
PROPOSED PRACTICE AND PROCEDURE ORDER NO. 2

#107854

I, Joseph M. Barton, declare:

1. I am an attorney at Gold Bennett Cera & Sidener LLP, one of the Consensus Plaintiffs' counsel. I submit this declaration in support of the Consensus Plaintiffs' Supplemental Response In Support Of Their Motion For Entry Of Proposed Practice And Procedure Order No. 2. The matters stated herein are true of my own personal knowledge and if called to testify thereto I could and would competently do so.

2. Attached hereto as Exhibit A is a true and correct copy of a historical stock price report for Crompton Corp (NYSE:CK) for the last two months which I downloaded from the Yahoo! Finance website. According to this report, Crompton Corp.'s closing stock price has ranged from a low of $5.59/share on August 12, 2004 to a high of $9.93/share on October 1, 2004. It closed on October 11, 2004 at $9.30/share– a 66% increase from its two-month low.

3. Attached hereto as Exhibit B is a true and correct copy of a historical stock price chart which compares Crompton Corp.'s stock price to the S&P Index and the Dow Index. According to the chart, Crompton Corp.'s stock price has outperformed the S&P Index and the Dow Index by nearly 60% in the last two months. Data located beneath the chart says that Crompton Corp. has a market capitalization of $1.02 billion and pays an annual dividend of $0.20 which yields 2.15%.

4. Attached hereto as Exhibit C is a true and correct copy of Cohen, Milstein Hausfeld & Toll, P.L.L.C.'s current firm resume.

5. Attached hereto as Exhibit D is a true and correct copy of Kaplan, Fox & Kilsheimer LLP's current firm resume.

6. Attached hereto as Exhibit E is a true and correct copy of Saveri & Saveri, Inc.'s current firm resume.

7. Attached hereto as Exhibit F is a true and correct copy of Fox Rothschild LLP's current firm resume.

8. Attached hereto as Exhibit G is a true and correct copy of The Furth Firm LLP's current firm resume.

9. Attached hereto as Exhibit H is a true and correct copy of Levin, Fishbein, Sedran & Berman's current firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 12th of October, 2004.

_____
Joseph M. Barton