# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**IN RE: URETHANE ANTITRUST**
**LITIGATION**                                      No. 04-MD-1616-JWL

**This Order Relates to All Cases**

## SCHEDULING ORDER NO. 1

On October 15, 2004, the initial scheduling conference in this MDL proceeding was held in accordance with the court's Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C. § 1407(a) of September 7, 2004 (Practice and Procedure Order No. 1). Pursuant to Practice and Procedure Order No. 1, plaintiffs and defendants had previously submitted to the court different proposals for pretrial scheduling. The court, having considered the parties' proposals and evaluated the parties' oral argument on this issue during the initial scheduling conference, hereby **ORDERS** that the following schedule shall apply in this MDL proceeding:

Plaintiffs file and serve their consolidated
amended complaint (the complaint)[1] . . . . . . . . . . . . . . . . . . . . . . November 19, 2004

Defendants file and serve their responses to
the complaint, including any motions to dismiss . . . . . . . . . . . . . December 21, 2004

Telephone status conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4:00 p.m. on
                                                                                January 3, 2005

Plaintiffs file and serve their responses in
opposition to defendants' motions to dismiss . . . . . . . . . . . . . . . . . . January 21, 2005

---

[1] Plaintiffs are directed to file the complaint in this MDL proceeding <u>and</u> in the lead individual case in this district court, *Beynon Sports Surfaces, Inc. v. Crompton Corp.*, Case No. 04-2165-JWL.

Defendants file and serve their replies in
support of their motions to dismiss . . . . . . . . . . . . . . . . . . . . . . . . February 14, 2005

Hearing on motions to dismiss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on
February 28, 2005

The court is mindful of the possible implications that the pending criminal investigation against defendant Bayer Corporation might have on discovery in this case. *See* Manual for Complex Litigation § 20.2, at 228-29 (4th ed. 2004). Accordingly, discovery in this case is stayed until further order of the court. The court will discuss the status of this criminal investigation and, correspondingly, the issue of proceeding with discovery in this case at the telephone status conference on January 3, 2005.

**IT IS SO ORDERED** this 22nd day of October, 2004.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge