# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**IN RE: URETHANE ANTITRUST**
**LITIGATION**                                  No.  04-MD-1616-JWL

**This Order Relates to All Cases**

## SCHEDULING ORDER NO. 4

On May 10, 2005, the court convened a status conference in this case and granted the Parties' Joint Motion for Modification of Scheduling Order to Extend Time (doc. 75). After consultation with the parties and for good cause shown, the court hereby **ORDERS** that the following revised schedule shall apply in this MDL proceeding:

Plaintiffs shall file and serve their motion for class certification (including any expert reports), and shall begin producing proposed class representatives for depositions[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 29, 2005

Defendants shall file and serve their opposition papers to plaintiffs' motion for class certification (including any expert reports) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 9, 2005

Plaintiffs shall file and serve reply papers in support of their motion for class certification (including any expert reports)[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 1, 2006

---

[1] Depositions of experts, if any, shall occur during class certification briefing.

[2] If plaintiffs elect to file expert reply affidavit(s) raising new arguments or submitting additional material, defendants will have the option of deposing the expert(s) regarding these additions offered in the reply affidavit(s) within the ensuing 30 days. In addition, defendants reserve the right to petition the court for leave to file a surreply, and plaintiffs reserve the right to oppose any such petition.

>Deadline for the parties to file any papers requesting
>further class certification discovery, to request leave to
>submit additional class certification briefing, or to request
>a continuance of the class certification hearing . . . . . . . . . . . . . . . . . . . March 8, 2006
>
>Class certification hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:30 a.m. on Monday,
>March 13, 2006

The court will endeavor to rule on plaintiffs' motion for class certification promptly after the class certification hearing. Once the court issues its ruling on the motion, it will refer this MDL proceeding to a magistrate judge to oversee merits discovery. Within ten days after the court's ruling on the class certification motion, the parties shall meet, confer, and submit to the assigned magistrate judge a proposed scheduling order for merits discovery that is agreed upon to the extent possible and/or file briefs addressing any disputed scheduling issues.

**IT IS SO ORDERED** this 10th day of May, 2005.

>s/ John W. Lungstrum
>John W. Lungstrum
>United States District Judge

2