IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION <br><br> This Document Relates To: <br> The Polyether Polyol Cases | No. 04-MD-1616-JWL |

**PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT WITH BAYER,
CONDITIONAL CERTIFICATION OF A SETTLEMENT CLASS, AND
AUTHORIZATION OF DISSEMINATION OF NOTICE**

Class Plaintiffs, through their counsel, move the Court pursuant to Federal Rule of Civil Procedure 23(c) and (e) for an Order preliminarily approving the settlement with defendants Bayer AG, Bayer Corporation, Bayer MaterialScience AG and Bayer MaterialScience LLC (collectively the "Bayer Defendants"), certifying a class for settlement purposes, and authorizing the dissemination of notice to the Settlement Class.

In support of this Motion, Plaintiffs rely upon and incorporate by reference herein the facts and legal arguments set forth in the accompanying Memorandum of Law.

The Bayer Defendants do not oppose this Motion.

Dated: February 2, 2006

*Tim J. Moore (cc)*
Robert W. Coykendall, #10137
Roger N. Walter, #08620
Tim J. Moore, #14104
Morris, Laing, Evans, Brock & Kennedy, Chartered
Old Town Square
300 North Mead - Suite 200
Wichita, KS 67202
Tel: (316) 262-2671
Fax: (316) 262-5991

**Plaintiffs' Liaison Counsel**

Allen D. Black
Roberta D. Liebenberg
Donald L. Perelman
Gerard A. Dever
Fine, Kaplan and Black, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Tel: (215) 567-6565
Fax: (215) 568-5872

Michael D. Hausfeld
Richard A. Koffman
Christopher J. Cormier
Cohen, Milstein, Hausfeld & Toll P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

**Plaintiffs' Co-Lead Counsel**

Dianne M. Nast
Roda Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601
Tel: (717) 892-3000
Fax: (717) 892-1200

Robert N. Kaplan
Richard J. Kilsheimer
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Thomas A. Muzilla
McCray, Muzilla, Smith & Meyers Co., L.P.A.
260 Burns Road, Suite 150
Elyria, OH  44035
Tel.:  (440) 366-9930
Fax:   (440) 366-1910

Joseph Goldberg
Dana K. Grubesic
Freedman Boyd Daniels Hollander
   & Goldberg, PA
20 First Plaza, Suite 700
Albuquerque, NM  87102
Tel.:  (505) 842-9960
Fax:   (505) 842-1925

Howard I. Langer
Langer & Grogan
1600 Market Street
Philadelphia, PA  19103
Tel.:  (215) 419-6544
Fax:   (215) 419-6546

Anthony J. Bolognese
Bolognese & Associates, LLC
1617 JFK Boulevard, Suite 650
Philadelphia, PA  19103
Tel:  (215) 814-6750
Fax:  (215) 814-6764

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLC
35 E. State Street
Media, PA  19063
Tel:  (610) 891-9880
Fax:  (610) 891-9883

Jeffrey Gittleman
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Tel:  (215) 963-0600
Fax:  (215) 963-0838

J. Bruce McKissock
Geraldine D. Zidow
McKissock & Hoffman, P.C.
1818 Market Street - 13th Floor
Philadelphia, PA  19103
Tel.:  (215) 246-2100
Fax:   (215) 246-2144

Howard J. Sedran
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Tel.:  (215) 592-1500
Fax:   (215) 592-4663

Joseph Kohn
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA  19107
Tel:  (215) 238-1700
Fax:  (215) 238-1968

Daniel Gustafson
Gustafson Gluek PLLC
725 Northstar East
608 Second Ave. South
Minneapolis, MN  55402
Tel:  (612) 333-8844
Fax: (612) 339-6622

H. Laddie Montague, Jr.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel.:  (215) 419-6544
Fax:   (215) 419-6546

Randall L. Payne
Christopher W. Earnest
Sullins, Johnston, Rorbach & Magers
3200 Southwest Freeway
2200 Phoenix Tower
Houston, TX  77027
Tel:  (713) 521-0021
Fax:  (713) 521-3242

Jack Meyerson
Meyerson & O'Neill
1700 Market Street
Suite 3025
Philadelphia, PA  19103
Tel: (215) 972-1376
Fax: (215) 972-0277

Warren Rubin
Law Offices of Bernard M. Gross
Suite 450, John Wanamaker Building
Juniper and Market Streets
Philadelphia, PA  19107
Tel: (215) 561-3600
Fax: (215) 561-3000

Ira Richards
Lisa J. Rodriguez
Trujillo Rodriguez & Richards, LLP
226 W. Rittenhouse Square
Philadelphia, PA  19103
Tel: (215) 731-9004
Fax: (215) 731-9044

Michael L. Roberts
Roberts Law Firm, P.A.
P.O. Box 241790
20 Rahling Circle
Little Rock, AR  72223-1790
Tel:  (501) 821-5775
Fax:  (501) 821-4474

Christopher G. Hayes
Law Offices of Christopher G. Hayes
115 East Chestnut Street
West Chester, PA  19380
Tel:  (610) 431-9505
Fax:  (610) 431-1269

**Additional Plaintiffs' Counsel**

4