# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| IN RE ) | MDL No. 1616 |
| URETHANE ANTITRUST ) | |
| LITIGATION ) | Civil No. 2:04-md-1616-JWL |
| ) | |
| ) | |
| This Document Relates To: ) | |
| The Polyester Polyol Cases ) | |
| ) | |

## PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, INCENTIVE AWARDS AND REIMBURSEMENT OF EXPENSES

PLEASE TAKE NOTICE that, pursuant to an Order of the Court dated October 25, 2007, on February 25, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse, 500 State Avenue, Courtroom No. 427, Kansas City, Kansas, before the Honorable John W. Lungstrum, United States District Judge, Plaintiffs will and hereby move for an Order Awarding Attorneys' Fees of 30% of the Settlement Funds, Reimbursement of Expenses and payment of Incentive Awards of $10,000 each to Class Representatives Maine Industrial Tire Limited, Urethane Product Industries, Inc. and Skypark Manufacturing LLC (f/k/a Burtin Urethane Corporation) under Rules of Civil Procedure 23(h) and 54(d)(2).

In support of this Motion, Plaintiffs rely upon and incorporate by reference the facts and legal arguments set forth in the accompanying Memorandum of Law. Plaintiffs also rely upon the accompanying Proposed Order Awarding Attorneys' Fees, Reimbursement of Expenses and Payment of Incentive Awards; the Joint Declaration of W. Joseph Bruckner and Steven A. Kanner, and Exhibits A-M thereto; the Amended Affidavit of Richard L. Sartory and all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing.

Dated: February 5, 2008

**STUEVE SIEGEL HANSON LLP**

/s/ Norman E. Siegel
Norman E. Siegel - D. Kan. 70354
George A. Hanson - KS 16805
460 Nichols Road, Suite 200
Kansas City MO 64112
Tel:     (816) 714-7100
Fax:    (816) 714-7101

**PLAINTIFFS' LIAISON COUNSEL**

| | |
|---|---|
| Susan G. Kupfer | W. Joseph Bruckner |
| Sylvie K. Kern | Heidi M. Silton |
| GLANCY BINKOW & GOLDBERG LLP | Darla Jo Boggs |
| 455 Market Street, Suite 1810 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| San Francisco, CA  94105 | 100 Washington Avenue South, Suite 2200 |
| Tel:    (415) 972-8160 | Minneapolis, MN  55401 |
| Fax:   (415) 972-8166 | Tel:    (612) 339-6900 |
| | Fax:   (612) 339-0981 |
| Roy M. Bell | Steven A. Kanner |
| Jason S. Hartley | William H. London |
| ROSS, DIXON & BELL, LLP | Michael E. Moskovitz |
| 550 West B Street  Suite 400 | FREED KANNER LONDON |
| San Diego, CA  92101 |  & MILLEN LLC |
| Telephone: (619)235-4040 | 2201 Waukegan Road, Suite 130 |
| | Bannockburn, IL  60015 |
| | Tel: (224) 632-4500 |

**PLAINTIFFS' CO-LEAD COUNSEL**

3

**CERTIFICATE OF SERVICE**

Plaintiffs' Liaison Counsel hereby certifies the following documents were electronically filed with the Clerk of Court through ECF, and that ECF notification was sent to at least one attorney from each law firm that represents one or more of the defendants, and was mailed, via U.S. Mail, postage prepaid, this 5th day of February, 2008 upon at least one attorney at each law firm that represents one or more of the plaintiffs that is not registered for ECF notification.

      /s/ Norman E. Siegel
Plaintiffs' Liaison Counsel