**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION | ) | Civil Action No. 04-MD-1616-JWL |
| | ) | MDL No. 1616 |
| THIS DOCUMENT RELATES TO: THE POLYETHER POLYOL CASES | ) | |

**ORDER APPROVING FORM OF CLASS NOTICE AND AUTHORIZATION FOR DISSEMINATION OF NOTICE**

By order dated October 10, 2008, the Court requested that the Parties submit for approval an order regarding notice pertaining to class certification that complies with the requirements of Fed. R. Civ. P. 23(c). The Court, having reviewed the Parties' submission, hereby ORDERS that:

1. On or before **November 10, 2008**, Class Notice, substantially in the form attached as Exhibit A, shall be sent by the Class Administrator via first class U.S. mail, postage prepaid, to all Class members at their last known address as reflected in the records of the Defendants, as updated based on the National Change of Address database or other similar databases prior to mailing. Publication Notice, substantially in the form attached as Exhibit B, shall be published in *Chemical Week* on or before **December 10, 2008**. On or before **November 10, 2008**, Class Counsel shall cause a copy of the Class Notice and the Publication Notice to be posted on the Internet at a readily accessible website to be created and maintained by the Class Administrator.

2. The Court finds this manner of giving notice fully satisfies the requirements of Fed. R. Civ. P. 23 and due process, constitutes the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.

3. On or before **December 24, 2008**, Class Counsel shall file proof of mailing of the Class Notice and proof of publication of the Publication Notice.

4. As provided in the Class Notice, each Class member shall have the right to be excluded from the Class, by mailing a request for exclusion to the Class Administrator postmarked on or before **December 24, 2008**. Requests for exclusion must be in writing and set forth the name, address, and telephone number of the person or entity who wishes to be excluded, as well as all trade names or business names and addresses used by such person or entity, must state that the person or entity wishes to be excluded, and must be signed by the class member seeking exclusion. All persons or entities who submit valid and timely requests for exclusion in the manner set forth in this paragraph shall have no rights to share in any money or other benefits which may be awarded to the Class, shall not be legally bound by any judgment in this litigation, and shall have no right to object to any settlement. On or before **January 7, 2009**, Class Counsel shall file with the court and serve on Defendants a list of all persons who have requested exclusion from the Class. The Court will exclude all persons and entities who file timely and valid requests for exclusion as determined by the Court.

5. The Court may, for good cause, extend any of the deadlines set forth in this Order without further notice to Class members.

6. The Court retains exclusive jurisdiction over this action to consider all further matters.

**IT IS SO ORDERED** this 10th day of October, 2008.

s/ John W. Lungstrum
John W. Lungstrum
United States District Court