IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION<br><br>THIS ORDER RELATES TO:<br>POLYETHER POLYOLS CASES | MDL No. 1616<br><br>Case Number: 04-md-1616-JWL<br><br>Hon. John W. Lungstrum (D. Kan.) |

## ORDER TO FILE DOCUMENT UNDER SEAL

On December 23, 2008, Direct Action Plaintiffs' Sealed Consent Motion to File Unredacted Version of Complaint Under Seal and Supporting Memorandum of Law came before the Court in the ordinary course.

Upon review of the Motion and supporting documents, IT IS HEREBY ORDERED that Direct Action Plaintiffs may file under seal the unredacted version of the Carpenter Direct Action Complaint, as this document contains Confidential Information that should not be made publicly available.

IT IS SO ORDERED.

Dated: December 23, 2008

s/ John W. Lungstrum
Honorable John W. Lungstrum
UNITED STATES DISTRICT JUDGE

DSMDB-2545203v01