# Requests for Exclusion



| Excl No | Recd Dt | Tax Id | Name and Address | Xref | Ph Dav | Ph Fax |
|---|---|---|---|---|---|---|
| 70 | | | ALEGION<br>5327 IVY CREEK RD<br>RICHWOODS, MO 63071 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 154 | | | ALOE LUBE INC<br>DBA SATELLITE INTERNATIONAL<br>DRILLING<br>159 FM 2615<br>VICTORIA, TX 77905 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 127 | | | BALL & YOUNG LIMITED<br>TIMES PLACE 45 PALL MALL<br>LONDON SW1Y 5JG UNITED KINGDOM | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 128 | | | BRITISH VITA LUX III SARL<br>5 RUE GUILLAUME KROLL BP 2501<br>L 1025 LUXEMBOURG | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 129 | | | BRITISH VITA UNLIMITED<br>TIMES PLACE 45 PALL MALL<br>LONDON SW1Y 5JG UNITED KINGDOM | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 118 | | | BURKART FOAM INC<br>220 S ELIZABETH ST<br>SPENCERVILLE, OH 45887 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 130 | | | CALIGEN EUROPE BV<br>KONIJNENBERG 59 NL 4825 BC BREDA<br>THE NETHERLANDS | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 131 | | | CALIGEN FOAM LIMITED<br>TIMES PLACE 45 PALL MALL<br>LONDON SW1Y 5JG UNITED KINGDOM | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Requests for Exclusion



| Excl No | Recd Dt | Tax Id | Name and Address | Xref | Ph Dav | Ph Fax |
|---|---|---|---|---|---|---|
| 76 | | | CARPENTER APS<br>MICHAEL DREWSENS VEJ 11<br>POSTBOX 1940 DK-8270 HOJBJERG | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 75 | | | CARPENTER CANADA CO<br>5016 MONUMENT AVE<br>RICHMOND, VA 23230 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 73 | | | CARPENTER COMPANY<br>5016 MONUMENT AVE<br>RICHMOND, VA 23230 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 77 | | | CARPENTER -DUMO NV<br>WIJNENDALESTRAAT 171<br>B-8800 ROESELARE BELGIUM | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 78 | | | CARPENTER GMBH<br>99334 ICHTERSHAUSEN-THOREY<br>GERMANY<br>POSTFACH 900109 99104 ERFURT<br>GERMANY | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 79 | | | CARPENTER LIMITED<br>DINTING LODGE INDUSTRIAL ESTATE<br>GLOSSOP DERBYSHIRE SK 13 6LE | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 80 | | | CARPENTER SAS<br>ZI BLVD DES BRETONNIERES BP 10085<br>49182 SAINT BARTHELEMY D ANJOU<br>FRANCE | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 81 | | | CARPENTER SWEDEN AB<br>BOX 1007 HORNGATAN 10<br>S-573 28 TRANAS SWEDEN | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Requests for Exclusion



| Excl No | Recd Dt | Tax Id | Name and Address | Xref | Ph Dav | Ph Fax |
|---|---|---|---|---|---|---|
| 97 | | | CARPET CUSHION COMPANY INC<br>235 2ND AVE NW<br>HICKORY, NC 28601 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 83 | | | CARTEX CORPORATION<br>410 FACTORY RD<br>ADDISON, IL 60101 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 153 | | | CHEMTURA ENTITIES<br>C/O BAKER & MCKENZIE LLP<br>ONE PRUDENTIAL PLAZA<br>SUITE 3500<br>CHICAGO, IL 60601 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 124 | | | CREST FOAM INDUSTRIES<br>INCORPORATED<br>100 CAROL PL<br>MOONACHIE, NJ 07074 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 144 | | | DASH MULTI CORP INC<br>2500 ADIE RD<br>MARYLAND HEIGHTS, MO 63043 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 132 | | | DRAKA INTERFOAM BV<br>VAN DEN ENDELAAN 15<br>2182 ES HILLEGOM THE NETHERLANDS | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 84 | | | DYNAFLEX CORPORATION<br>4480 - 44TH ST EAST<br>GRAND RAPIDS, MI 49512 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 74 | | | E R CARPENTER LP<br>5016 MONUMENT AVE<br>RICHMOND, VA 23230 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Requests for Exclusion



| Excl No | Recd Dt | Tax Id | Name and Address | Xref | Ph Dav | Ph Fax |
|---|---|---|---|---|---|---|
| 98 | | | EASTERN FOAM PRODUCTS INC<br>509 EAST CEDAR ST<br>LIVINGSTON, TN 38570 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 117 | | | FLEXIBLE FOAM PRODUCTS INC<br>220 S ELIZABETH ST<br>SPENCERVILLE, OH 45887 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 151 | | | FOAM SUPPLIES INC<br>4387 N RIDER TRAIL<br>EARTH CITY, MO 63045-1103 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 85 | | | HAIRLOK LIMITED<br>C/O MCCARTHY TETRAULT<br>5 OLD BAILEY 2ND FL LONDON<br>ENGLAND<br>EC4M 7BA | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 148 | | | HARVIN REACTION TECHNOLOGY INC<br>3921 SPRING GARDEN ST<br>GREENSBORO, NC 27407 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 95 | | | HICKORY SPRINGS MANUFACTURING<br>COMPANY<br>235 2ND AVE NW<br>HICKORY, NC 28601 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 96 | | | HICKORY SPRINGS OF CALIFORNIA<br>INC<br>235 2ND AVE NW<br>HICKORY, NC 28601 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 119 | | | HIGH STANDARD PAD INC<br>220 S ELIZABETH ST<br>SPENCERVILLE, OH 45887 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Requests for Exclusion



| Excl No | Recd Dt | Tax Id | Name and Address | Xref | Ph Dav | Ph Fax |
|---|---|---|---|---|---|---|
| 101 | | | HUBER ENGINEERED WOODS LLC<br>ONE RESOURCE SQUARE<br>10925 DAVID TAYOR DR NUMBER 300<br>CHARLOTTE, NC 28262 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 143 | | | HYDRO ALUMINUM NA<br>BELTON SC DIVISION<br>POB 627<br>BELTON, SC 29627 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 133 | | | ICOA FRANCE SAS<br>ZONE INDUSTRIELLE CRANCEY<br>10100 ROMILLY SUR SEINE FRANCE | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 100 | | | J M HUBER CORPORATION<br>333 THORNALL ST<br>EDISON, NJ 08837 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 134 | | | KOEPP SCHAUM GMBH<br>RHEINGAUSTRASSE 19 65375 OESTRICH<br>WINKE<br>GERMANY | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 152 | | | LEGGETT & PLATT ENTITIES<br>1 LEGGETT RD<br>CARTHAGE, MO 64836 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 108 | | | LIFE SHIELD ENGINEERED SYSTEMS<br>LLC<br>1891 DUFFY RD<br>FERNLEY, NV 89408 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 150 | | | LOUISIANA PACIFIC ENTITIES<br>414 UNION ST<br>SUITE 2000<br>NASHVILLE, TN 37219 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Requests for Exclusion



| Excl No | Recd Dt | Tax Id | Name and Address | Xref | Ph Dav | Ph Fax |
|---|---|---|---|---|---|---|
| 106 | | | LUBRIZOL ADVANCED MATERIALS EUROPE BVBA<br>FKA NOVEON EUROPE BVBA<br>CHAUSSEE DE WAVRE 1945<br>1160 BRUSSELS BELGIUM | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 103 | | | LUBRIZOL ADVANCED MATERIALS INC<br>FKA NOVEON INC<br>9911 BRECKSVILLE RD<br>CLEVELAND, OH 44144 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 105 | | | LUBRIZOL ADVANCED MATERIALS INTL INC<br>9911 BRECKSVILLE RD<br>CLEVELAND, OH 44144 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 145 | | | MARCHEM CORPORATION<br>2500 ADIE RD<br>MARYLAND HEIGHTS, MO 63043 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 147 | | | MARCHEM PACIFIC INC<br>212 W TAFT AVE<br>ORANGE, CA 92865 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 146 | | | MARCHEM SOUTHEAST INC<br>400 N MAIN ST<br>ADAIRSVILLE, GA 30103 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 135 | | | METZELER SCHAUM GMGH<br>DONAUSTRASSE 51 87700 MEMMINGEN<br>GERMANY | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 136 | | | MORARD EUROPE SAS<br>ROUTE D AUTHOU<br>27800 BRIONNE FRANCE | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Requests for Exclusion



| Excl No | Recd Dt | Tax Id | Name and Address | Xref | Ph Dav | Ph Fax |
|---|---|---|---|---|---|---|
| 120 | | | NU FOAM PRODUCTS INC<br>1101 WISDOM ST<br>CHATTANOOGA, TN 37406 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 121 | | | OHIO DECORATIVE PRODUCTS INC<br>220 S ELIZABETH ST<br>SPENCERVILLE, OH 45887 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 109 | | | OMEGA SPECIALTY PRODUCTS &<br>SERVICES LLC<br>101 PROSPECT AVE NW<br>CLEVELAND, OH 44115 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 125 | | | PATHWAY POLYMERS INC<br>2003 CURTAIN POLE RD<br>CHATTANOOGA, TN 37406 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 110 | | | PURDY INTERNATIONAL<br>CORPORATION<br>101 PROSPECT AVE NW<br>CLEVELAND, OH 44115 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 86 | | | PWA POLIURETANOS WOODBRIDGE<br>DE ARGENTINA SA<br>PARQUE INDUSTRIAL PILAR CALLE 22<br>LOTE 14<br>RUTA 8 KM 60 PILAR BUENOS AIRES | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 111 | | | SHERWIN WILLIAMS AUTOMOTIVE<br>FINISHES<br>4440 WARRENSVILLE CENTER RD<br>CLEVELAND, OH 44128 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |
| 112 | | | SHERWIN WILLIAMS COATINGS INC<br>101 PROSPECT AVE NW<br>CLEVELAND, OH 44115 | | | Load Id: 0 |
| Msg Codes:<br>EXC2 | | | | | | |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Requests for Exclusion



| Excl No | Recd Dt | Tax Id | Name and Address | Xref | Ph Dav | Ph Fax |
|---|---|---|---|---|---|---|
| 113 | | | SHERWIN WILLIAMS RUSSIA LLC<br>101 PROSPECT AVE NW<br>CLEVELAND, OH 44115 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 102 | | | SKYPARK MANUFACTURING LLC AS SUCCESSOR<br>IN INTEREST TO THE BURTIN ENTITIES<br>2400 S GARNSEY ST<br>SANTA ANA, CA 92707 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 67 | | | SOUTHCOAST TERMINAL<br>ATT ROBIN MARTIN GENERAL MANAGER<br>7401 WALLISVILLE RD<br>HOUSTON, TX 77020 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 87 | | | SW FOAM LLC<br>9900 RAILROAD DR<br>EL PASO, TX 79924 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 88 | | | T W ESPUMAS LTDA<br>1115 BAIRRO PLANALTO SAO BERNARDO<br>DO CAMPO SAO PAULO BRAZIL<br>098891-002 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 104 | | | THE LUBRIZOL CORPORATION<br>29400 LAKELAND BLVD<br>WICKLIFFE, OH 44092 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 114 | | | THE MARTIN SENOUR CORPORATION<br>101 PROSPECT AVE NW<br>CLEVELAND, OH 44115 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 115 | | | THE SHERWIN WILLIAMS ACCEPTANCE CORP<br>111 AIR PARK VISTA BLVD<br>DAYTON, NV 90403 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Requests for Exclusion



| Excl No | Recd Dt | Tax Id | Name and Address | Xref | Ph Dav | Ph Fax |
|---|---|---|---|---|---|---|
| 107 | | | THE SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVENUE NW<br>CLEVELAND, OH 44115 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 137 | | | TRAMICO SAS<br>ROUTE D AUTHOU 27800 BRIONNE<br>FRANCE | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 138 | | | UAB VITA BALTIC INTERNATIONAL<br>JURGISKES LT 4580 ALYTUS<br>LITHUANIA | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 122 | | | UNIVERSAL URETHANES INC<br>220 S ELIZABETH ST<br>SPENCERVILLE, OH 45887 | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 139 | | | VEENENDAAL SCHAUMSTOFFWERK<br>GMBH<br>BAMBERGER STRASSE 58<br>96215 LICHTENFELS GERMANY | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 140 | | | VITA CELLULAR FOAMS UK LIMITED<br>TIMES PLACE 45 PALL MALL<br>LONDON SW1Y 5JG UNITED KINGDOM | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 141 | | | VITA INDUSTRIAL UK LIMITED<br>TIMES PLACE 45 PALL MALL<br>LONDON SW1Y 5JG UNITED KINGDOM | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |
| 142 | | | VITA POLYMERS POLAND SP ZOO<br>UL SIENKIEWICZA 31/33<br>56 120 BRZEG DOLNY POLAND | | | Load Id: 0 |
| Msg Codes: EXC2 | | | | | | |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Requests for Exclusion



Report Criteria: Includes EXC2 Excludes

Report ID :EXC10019

**Excl No** **Recd Dt** **Tax Id** **Name and Address** **Xref** **Ph Dav** **Ph Fax**

123
VITAFOAM INCORPORATED
2215 SHORE ST
HIGH POINT, NC 27263

Load Id: 0

Msg Codes:
EXC2

---

126
VITAFOAM PRODUCTS CANADA
LIMITED
150 TORO RD
DOWNSVIEW ONTARIO M3J2A9
CANADA

Load Id: 0

Msg Codes:
EXC2

---

72
VWR INTERNATIONAL
1310 GOSHEN PARKWAY
WEST CHESTER, PA 19380

Load Id: 0

Msg Codes:
EXC2

---

149
VWR INTERNATIONAL LLC
1310 GOSHEN PARKWAY
WEST CHESTER, PA 19380

Load Id: 0

Msg Codes:
EXC2

---

71
VWR SCIENTIFIC CO
1310 GOSHEN PARKWAY
WEST CHESTER, PA 19380

Load Id: 0

Msg Codes:
EXC2

---

116
WATCO HOLDING CORP
101 PROSPECT AVE NW
CLEVELAND, OH 44115

Load Id: 0

Msg Codes:
EXC2

---

89
WOODBRIDGE AUSTRALIA GROUP PTY
LTD
131-135 FITZGERALD RD LAVERTON
NORTH
VICTORIA AUSTRALIA 3026

Load Id: 0

Msg Codes:
EXC2

---

90
WOODBRIDGE CORPORATION
1901 TEN EYCK RD
BRODHEAD, WI 53520

Load Id: 0

Msg Codes:
EXC2

---

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Requests for Exclusion



| Excl No | Recd Dt | Tax Id | Name and Address | Xref | Ph Dav | Ph Fax | |
|---|---|---|---|---|---|---|---|
| 99 | | | WOODBRIDGE FOAM (UK) LIMITED<br>SITE A FINLAN RD STAKEHILL<br>INDUSTRIAL ES<br>MIDDLETON MANCHESTER ENGLAND<br>M24 2SJ | | | Load Id: | 0 |
| Msg Codes:<br>EXC2 | | | | | | | |
| 82 | | | WOODBRIDGE FOAM CORPORATION<br>4240 SHERWOODTOWNE BLVD<br>MISSISSAUGA ONTARIO CANADA L4Z<br>2G6 | | | Load Id: | 0 |
| Msg Codes:<br>EXC2 | | | | | | | |
| 91 | | | WOODBRIDGE FOAM DEUTSCHLAND<br>GMBH<br>HESSENRING 32 64546<br>MORFELDEN-WALLDORF<br>MORFELDEN GERMANY 64546 | | | Load Id: | 0 |
| Msg Codes:<br>EXC2 | | | | | | | |
| 92 | | | WOODBRIDGE FOAM FABRICATING<br>INC<br>1120 JUDD RD<br>CHATTANOOGA, TN 37406 | | | Load Id: | 0 |
| Msg Codes:<br>EXC2 | | | | | | | |
| 93 | | | WOODBRIDGE HOLDINGS INC<br>202 ROCK RUN RD<br>FAIRLESS HILLS, PA 19030 | | | Load Id: | 0 |
| Msg Codes:<br>EXC2 | | | | | | | |
| 94 | | | WOODBRIDGE SERVICES INC<br>THE FINANCIAL SERVICES CENTRE<br>SUITE 15<br>BISHOPS COURT HILL ST MICHAEL<br>BARBADOS | | | Load Id: | 0 |
| Msg Codes:<br>EXC2 | | | | | | | |

**Total Records: 86**

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.