IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION ) ) ) | MDL No. 1616<br>No. 04-MD-1616-JWL-JPO |
| ) ) This Document Relates To: ) Polyether Polyol Cases ) ) | |

## CLASS PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

Class Plaintiffs, on behalf of themselves and a Settlement Class of direct purchasers of the Products, respectfully petition the Court for an order awarding to Class Counsel attorneys' fees equal to one-third of the Bayer settlement fund and reimbursement of $2,131,383.64 in litigation costs and expenses, and granting authority to Co-Lead Counsel to distribute the attorneys' fees and expenses in a manner that, in the opinion of Class Counsel, fairly compensates each firm in view of its contribution to the prosecution of Class Plaintiffs' claims.

In support of this Petition, Class Plaintiffs submit their Memorandum Of Law In Support Of Class Plaintiffs' Petition For Award Of Attorneys' Fees And Reimbursement Of Litigation Expenses, filed herewith.

Dated: May 13, 2009                     Respectfully submitted,

                                        /s/ Robert W. Coykendall
                                        Robert W. Coykendall, #10137
                                        Roger N. Walter, #08620
                                        Morris, Laing, Evans, Brock & Kennedy, Chartered
                                        Old Town Square
                                        300 North Mead - Suite 200
                                        Wichita, KS  67202

Tel: (316) 262-2671
Fax: (316) 262-5991

**Plaintiffs' Liaison Counsel**

Allen D. Black
Roberta D. Liebenberg
Donald L. Perelman
Gerard A. Dever
Paul Costa
Fine, Kaplan and Black, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Tel: (215) 567-6565
Fax: (215) 568-5872

Richard A. Koffman
Christopher J. Cormier
Brent W. Johnson
Sharon K. Robertson
Besrat J. Gebrewold
Cohen Milstein Sellers & Toll, PLLC
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

**Plaintiffs' Co-Lead Counsel**

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that on this 13th day of May, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter. I also certify that I mailed a true copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

| | |
|---|---|
| Mark V. Chester<br>Joan M. Meyers<br>Johnson & Colmar<br>300 S. Wacker Drive, Suite 1000<br>Chicago, IL 60606 | William Cagney<br>Windels, Marx, Lane & Mittendorf, LLP<br>120 Albany Street Plaza<br>New Brunswick, NJ 08901 |
| Jason S. Hartley<br>Timothy Irving<br>Troutman Sanders LLP<br>550 West B Street, Suite 400<br>San Diego, CA 92101-3599 | Marc H. Edelson<br>Hoffman & Edelson<br>45 West Court Street<br>Doylestown, PA 18901 |
| Michael F. Tubach<br>O'Melveny & Myers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823 | Daniel R. Karon<br>Weinstein, Kitchenoff, Scarlato, Karon & Goldman<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113 |
| Judith A. Shimm<br>Zelle, Hofmann, Voelbel, Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94111-3305 | Steven A. Kanner<br>William H. London<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Rd., Suite 130<br>Bannockburn, IL 60015 |
| John W. Mackey<br>Justin T. Toth<br>Ray, Quinney & Nebeker<br>36 S. State Street, Suite 1400<br>Salt Lake City, UT 84111 | Donna Siegel Moffa<br>Trujillo Rodriguez & Richards, LLP<br>8 Kings Highway West<br>Haddonfield, NJ 08033 |
| Michael J. Boni, Joanne Zack,<br>Joshua D. Snyder<br>BONI & ZACK LLC<br>15 St. Asaphs Rd.<br>Bala Cynwyd, PA 19004 | Krishna Narine<br>Schiffrin & Barroway LLC<br>280 King of Prussia Road<br>Radnor, PA 19087 |

| William J. Pinilis<br>Pinilis Halpern, LLP<br>237 South Street<br>Morristown, NJ 07960 | Andrew B. Sacks<br>Sacks & Weston, LLC<br>114 York Rd.<br>Jenkintown, PA 19046-3233 |
|---|---|
| Simon Bahne Paris<br>David J. Cohen<br>Patrick Howard<br>SALTZ MONGELUZZI BARRETT &<br>BENDESKY, P.C.<br>1650 Market Street<br>One Liberty Place, 52nd Floor<br>Philadelphia, PA 19103 | |

/s/Robert W. Coykendall
Robert W. Coykendall