**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|  |  |  |
|---|---|---|
| **IN RE: URETHANE ANTITRUST LITIGATION** ) ) ) ) | **MDL 1616** **Civil No. 04-md-01616-JWL-JPO** |
| **This Document Relates To: The Polyether Polyol Cases** ) ) ) ) | |

**ORDER AUTHORIZING
*IN CAMERA* SUBMISSIONS OF FEE AND EXPENSE
DECLARATIONS OF PLAINTIFFS' COUNSEL**

Upon consideration of Class Plaintiffs' Motion To Permit *In Camera* Submissions Of Fee And Expense Declarations, and with good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED. It is FURTHER ORDERED that Class Counsel are authorized to submit directly to the Chambers of the undersigned the declarations of Plaintiffs' counsel accounting for the costs, expenses and lodestar incurred from inception of this matter through December 31, 2008 (the "Declarations"). Upon submission, the Declarations will be deemed confidential and accessible only to the undersigned and personnel in the Chambers of the undersigned. Other than Class Counsel, no parties, attorneys or other individuals may access the Declarations except after notice to Class Counsel Donald L. Perelman and Richard A. Koffman, upon a showing of good cause, and by further Order of the Court.

ENTERED THIS 15th day of May, 2009.

s/ John W. Lungstrum
Honorable John W. Lungstrum
United States District Judge