IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE URETHANE ANTITRUST LITIGATION | MDL No. 1616 |
| THIS DOCUMENT RELATES TO: *Carpenter Co., et al. v. BASF SE, et al.,* Civil Action No. 08-2617-JWL/JPO  *Woodbridge Foam Corporation, et al. v. BASF SE, et al.,* Civil Action No. 09-2026-JWL/JPO | Civil Action No. 04-md-01616-JWL/JPO |

**DEFENDANT BASF COORDINATION
CENTER COMM. V.'S MOTION TO DISMISS ALL CLAIMS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant BASF Coordination Center Comm. V. ("BCC"), by and through its attorneys, respectfully requests that this Court dismiss the amended complaints in *Carpenter Co., et al. v. BASF SE, et al.*, Civil Action No. 08-2617-JWL (Dkt. 884) (the "*Carpenter* Complaint") and *Woodbridge Foam Corporation, et al. v. BASF SE, et al.*, Civil Action No. 09-2026-JWL (Dkt. 885) (the "*Woodbridge* Complaint").

In support of its motion, BCC joins and incorporates by reference the following filings, currently pending before this Court:

Defendants' Rule 12(b)(6) Motion to Dismiss All Claims and Memorandum in Support (Dkt. Nos. 913 and 914);

Reply Memorandum in Support of Defendants' Rule 12(b)(6) Motion to Dismiss All Claims (Dkt. No. 987);

Defendants' Motion for Dismissal of European Union Claims of the Opt-Out Complaints and Memorandum in Support (Dkt. Nos. 915 and 916); and

Reply Memorandum in Support of Defendants' Motion for Dismissal of the European Union Claims of the Amended Opt-Out Complaints (Dkt. No. 986).

WHEREFORE, BCC respectfully requests that the Court dismiss the *Carpenter* and *Woodbridge* Amended Complaints in their entirety and grant BCC what other relief this Court deems just and proper.

Dated:  July 30, 2009

Respectfully submitted,

  /s/ David F. Oliver
David F. Oliver (KS Bar # 70731)
BERKOWITZ, OLIVER WILLIAMS SHAW
    & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO  641089
Telephone:  (816) 561-7007
Facsimile:  (816) 561-1888
DOliver@bowse-law.com

– and –

Andrew S. Marovitz
Jason Fliegel
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711
amarovitz@mayrbrown.com
jfliegel@mayerbrown.com

*Counsel for BASF Coordination Center Comm. V.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Court's Order Regarding Service (Dkt. 35), I, David F. Oliver, hereby certify that on July 30, 2009, a copy of the foregoing DEFENDANT BASF COORDINATION CENTER COMM. V.'S MOTION TO DISMISS ALL CLAIMS was filed electronically with the Clerk of the Court through the ECF system, and that the ECF system will send electronic service of the filing to all counsel of record who have registered for ECF notification and receipt of the documents filed in this matter.

/s/ David F. Oliver_____
David F. Oliver
*Counsel for BASF Coordination Center Comm. V.*