IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|   |   |
|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION ) ) ) ) ) | MDL No. 1616 (JWL/JPO) |
| THIS ORDER RELATES TO: DIRECT ACTION POLYETHER POLYOL CASES ) ) ) ) ) | Civil Action Nos. 08-2617, 09-2026 |

# **ORDER**

This matter comes before the Court on Direct Action Plaintiffs' Motion to Consolidate References to the Direct Action Plaintiffs; and

The Court having considered the matter, for good cause shown, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Clerk's Office shall create a "Direct Action Plaintiffs" option in the menu for filing parties in the ECF system for this case; and it is further

ORDERED, that the Direct Action Plaintiffs may, as a group, be referred to as "Direct Action Plaintiffs" in the signature blocks of all documents filed with the Court and/or served on counsel for other parties in the case.

ORDERED, that on all future filings in relation to the Direct Action Plaintiffs claims, the parties shall so note in the caption as follows:

> THIS ORDER RELATES TO:
> DIRECT ACTION POLYETHER POLYOL CASES

IT IS SO ORDERED.

Dated this 27th day August, 2009 at Kansas City, Kansas.

s/ John W. Lungstrum
Honorable John W. Lungstrum
UNITED STATES DISTRICT JUDGE