IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION | MDL 1616<br>Civil No. 04-md-01616-JWL-JPO |
| This Document Relates To:<br>The Polyether Polyol Cases | |

**PLAINTIFFS' JOINT RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTION FOR RELIEF CONCERNING
DEPOSITION OF LAWRENCE STERN**

Class Plaintiffs and the Direct Action Plaintiffs (collectively, "Plaintiffs") submit this Joint Response to inform the Court of how much time Plaintiffs believe they need to examine Mr. Stern and to respond briefly to the *Memorandum In Support Of Defendants' Motion For Relief Concerning Deposition Of Lawrence Stern* ("Defs.' Mem.").

If Mr. Stern's deposition is not extended beyond the 14-hour presumptive durational limitation (7 hours per side),[1] then Plaintiffs believe they can complete their direct and redirect examination of Mr. Stern within 7 hours.

If Defendants are permitted more than 7 hours to examine Mr. Stern, Plaintiffs necessarily will require some additional time as well. As Defendants acknowledge, they plan to examine Mr. Stern on at least five broad topics that are purportedly "central" to their defense but not to Plaintiffs' liability case. *See* Defs.' Mem. at 10-13. It is fair and reasonable to provide Plaintiffs with additional time for cross-examination on additional issues explored by Defendants. Plaintiffs therefore request that they be permitted additional time equal to one-half of whatever additional time Defendants are permitted beyond the 7-hour presumptive duration.

---

[1] Both Plaintiffs and Defendants subpoenaed Mr. Stern's testimony. *See* Scheduling Order No. 4, doc. 1024, ¶ 1(h) ("a party noticing a deposition shall be limited to 7 hours of examination").

- 2 -

For example, if Defendants are permitted a total of 10 hours of examination (7 hours plus an additional 3 hours), then Plaintiffs would request a total of 8.5 hours (7 hours plus an additional 1.5 hours).

Plaintiffs would prefer to leave it at that, but are constrained to address the distortions of the record and ill-founded merits arguments contained in Defendants' memorandum, neither of which supports their request to be permitted an extraordinary *20 hours* of examination. For example, Defendants would leave the Court with the false impression that, for lack of prior "access" to Mr. Stern, they require nearly three full days in which to examine him. *See* Defs.' Mem. at 1-2, 15. Yet, based on Plaintiffs' counsel's dealings with counsel for Mr. Stern, Plaintiffs' counsel would be surprised if Defendants' counsel were not provided with the same access to the knowledge and information that Mr. Stern possesses regarding this case with which Plaintiffs' counsel have been provided. Moreover, the substance of Mr. Stern's proffer is included in Plaintiffs' responses to Defendants' interrogatories, which were served more than *nine months* ago (and are reprinted in Defendants' memorandum). *See* Defs.' Mem. at 6-9 & Ex. G. Thus, when it comes to the substance of the testimony Mr. Stern is expected to provide, Defendants already have a detailed roadmap to use in preparing for the deposition, which is a great deal more than a party typically would have in hand prior to the deposition of a damaging witness.

Nor should the Court be distracted by Defendants' fanciful attacks on the merits of Plaintiffs' claims, from their old saw about escaping prosecution by the Department of Justice (*see* Defs.' Mem. at 1-2)[2] to the shop-worn "impact" arguments recycled from their unsuccessful

---

[2]    *Cf. In re High Fructose Corn Syrup Antitrust Litig.*, 295 F.3d 651, 664 (7th Cir. 2002) (defendants are incorrect "that because the Justice Department has not moved against the alleged HFCS price-fixing conspiracy, there must not have been one. The Justice Department has limited resources….").

opposition to class-certification (*id.* at 10-11).[3] Tempting as it might be, there is no reason to address these assertions now. For present purposes, it suffices to note that Defendants' meritless asides are wholly irrelevant to whether Mr. Stern, a third-party no longer employed by any party or former party to this case, must sit for an aggregate of *four days* (or more) of examination, as Defendants propose.

Dated: September 17, 2009                           Respectfully submitted,

                                                    _____/s/_____
                                                    Robert W. Coykendall, #10137
                                                    Roger N. Walter, #08620
                                                    Morris, Laing, Evans, Brock & Kennedy,
                                                    Chartered
                                                    Old Town Square
                                                    300 North Mead - Suite 200
                                                    Wichita, KS 67202
                                                    Tel: (316) 262-2671
                                                    Fax: (316) 262-5991

                                                    **Class Plaintiffs' Liaison Counsel**

---

[3] *Cf. In re Urethane Antitrust Litig.*, 251 F.R.D. 629, 637-39 (D. Kan. 2008) (rejecting Defendants' impact arguments).

- 4 -

| | |
|---|---|
| Allen D. Black | Richard A. Koffman |
| Roberta D. Liebenberg | Christopher J. Cormier |
| Donald L. Perelman | Brent W. Johnson |
| Gerard A. Dever | Sharon K. Robertson |
| Paul Costa | Cohen, Milstein, Sellers & Toll P.L.L.C. |
| Fine, Kaplan and Black, R.P.C. | 1100 New York Avenue, N.W. |
| 1835 Market Street, 28th Floor | Suite 500, West Tower |
| Philadelphia, PA 19103 | Washington, DC 20005 |
| Tel: (215) 567-6565 | Tel: (202) 408-4600 |
| Fax: (215) 568-5872 | Fax: (202) 408-4699 |

**Class Plaintiffs' Co-Lead Counsel**

| | |
|---|---|
| Richard J. Leveridge | R. Bruce Holcomb |
| Elaine Metlin | Christopher Leonardo |
| Jodi Trulove | ADAMS HOLCOMB LLP |
| DICKSTEIN SHAPIRO LLP | 1875 Eye Street, N.W., Suite 810 |
| 1825 Eye Street, NW | Washington, DC 20006 |
| Washington, DC 20006 | Tel: (202) 580-8820 |
| Tel: (202) 420-2200 | Fax: (202) 580-8821 |
| Fax (202) 420-2201 | |

**Co-Lead Counsel for Direct Action Plaintiffs**

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that on this 17th day of September, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter. I also certify that I mailed a true copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

William Cagney
Windels, Marx, Lane & Mittendorf, LLP
120 Albany Street Plaza
New Brunswick NJ 08901

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Judith A. Shimm
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Daniel R. Karon
Weinstein Kitchenoff Scarlato Karon Goldman
Suite 1500 - 55 Public Square
Cleveland OH 44113

Steven A. Kanner
William H. London
Freed Kanner London & Millen LLC
2201 Waukegan Rd., Suite 130
Bannockburn, IL 60015

Donna Siegel Moffa
Trujillo Rodriquez & Richards, LLP
258 Kings Highway East
Haddonfield, NJ 08033

Mark V. Chester
Joan M. Meyers
Johnson & Colmar
300 S. Wacker Dr., Suite 1000
Chicago, IL 60606

Jason S. Hartley
Timothy Irving
Troutman Sanders LLP
550 West B Street, Suite 400
San Diego, CA 92101-3599

John W. Mackey
Justin T. Toth
Ray, Quinney & Nebeker
36 S. State Street, Suite 1400
Salt Lake City, UT 84111

Michael F. Tubach
O'Melveny & Myers, LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823

Andrew B. Sacks
Sacks & Weston, LLC
114 York Rd.
Jenkintown, PA 19046-3233

Michael J. Boni, Joanne Zack,
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004

William J. Pinilis
Pinilis Halpern, LLP
160 Morris Street
Morristown, NJ 07960

Simon Bahne Paris
David J. Cohen
Patrick Howard
SALTZ MONGELUZZI BARRETT &
BENDESKY, P.C.
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103

Krishna Narine
Schiffrin & Barroway LLC
280 King of Prussia Road
Radnor, PA 19087

s/Robert W. Coykendall
Robert W. Coykendall, #10137