IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION  )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO:  )<br>THE POLYETHER POLYOL CASES  )<br>) | No. 04-MD-1616-JWL-JPO |

### PLAINTIFFS' NOTICE OF DEPOSITION OF DAVID W. FREIDINGER

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Class Plaintiffs and Direct Action Plaintiffs, by and through their undersigned counsel, hereby notice the deposition of **DAVID W. FREIDINGER** to be taken at the offices of Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, on April 7, 2010, commencing at 9:00 A.M., and will proceed before a notary public or other officer duly authorized to administer oaths.

The deposition will continue from time to time thereafter until completed or adjourned. The deposition will be videotaped and recorded by stenographic means, and will be taken for all

purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Dated: February 16, 2010                                       Respectfully submitted,

/s/ *Paul Costa*

| | |
|---|---|
| Richard A. Koffman | Allen D. Black |
| Christopher J. Cormier | Roberta D. Liebenberg |
| Brent W. Johnson | Donald L. Perelman |
| Sharon K. Robertson | Gerard A. Dever |
| Cohen, Milstein, Sellers & Toll P.L.L.C. | Paul Costa |
| 1100 New York Avenue, N.W. | Fine, Kaplan and Black, R.P.C. |
| Suite 500, West Tower | 1835 Market Street, 28th Floor |
| Washington, DC 20005 | Philadelphia, PA 19103 |
| Tel: (202) 408-4600 | Tel: (215) 567-6565 |
| Fax: (202) 408-4699 | Fax: (215) 568-5872 |

**Class Plaintiffs' Co-Lead Counsel**

| | |
|---|---|
| Richard J. Leveridge | R. Bruce Holcomb |
| Elaine Metlin | Christopher Leonardo |
| Jodi Trulove | ADAMS HOLCOMB LLP |
| Sabrina Nelson | 1875 Eye Street, N.W., Suite 810 |
| DICKSTEIN SHAPIRO LLP | Washington, DC 20006 |
| 1825 Eye Street, NW | Tel: (202) 580-8820 |
| Washington, DC 20006 | Fax: (202) 580-8821 |
| Tel: (202) 420-2200 | |
| Fax (202) 420-2201 | |

**Counsel for Direct Action Plaintiffs**

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that on this 16th day of February, 2010, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter.  I also certify that I mailed a true copy of the foregoing document and the notice of electronic filing on by first mail to the following non-CM/ECF participants:

William Cagney
Windels, Marx, Lane & Mittendorf, LLP
120 Albany Street Plaza
New Brunswick NJ 08901

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Judith A. Shimm
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Daniel R. Karon
Weinstein Kitchenoff Scarlato Karon Goldman
Suite 1500 - 55 Public Square
Cleveland OH 44113

Steven A. Kanner
William H. London
Freed Kanner London & Millen LLC
2201 Waukegan Rd., Suite 130
Bannockburn, IL 60015

Donna Siegel Moffa
Trujillo Rodriquez & Richards, LLP
258 Kings Highway East
Haddonfield, NJ 08033

Mark V. Chester
Joan M. Meyers
Johnson & Colmar
300 S. Wacker Dr., Suite 1000
Chicago, IL 60606

Jason S. Hartley
Timothy Irving
Troutman Sanders LLP
550 West B Street, Suite 400
San Diego, CA 92101-3599

John W. Mackey
Justin T. Toth
Ray, Quinney & Nebeker
36 S. State Street, Suite 1400
Salt Lake City, UT 84111

Michael F. Tubach
O'Melveny & Myers, LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823

Andrew B. Sacks
Sacks & Weston, LLC
114 York Rd.
Jenkintown, PA 19046-3233

Michael J. Boni, Joanne Zack,
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004

William J. Pinilis
Pinilis Halpern, LLP
160 Morris Street
Morristown, NJ 07960

Simon Bahne Paris
David J. Cohen
Patrick Howard
SALTZ MONGELUZZI BARRETT &
BENDESKY, P.C.
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103

Krishna Narine
Schiffrin & Barroway LLC
280 King of Prussia Road
Radnor, PA 19087

s/Robert W. Coykendall
Robert W. Coykendall, #10137