IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_____            )
                                           )
IN RE: URETHANE ANTITRUST                  )
LITIGATION                                 )        No.  04-MD-1616-JWL-JPO
                                           )
_____            )
                                           )
THIS DOCUMENT RELATES TO:                  )
THE POLYETHER POLYOL CASES                 )
                                           )
_____            )

### DEFENDANT'S NOTICE OF DEPOSITION OF
### RAJ MEHTA

**TO:    ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Defendant BASF Corporation, by and through its undersigned counsel, hereby notices the deposition of **RAJ MEHTA** to be taken at the offices of **Dickstein Shapiro LLP**, 1825 Eye Street NW, Washington, DC 20006-5403, T: (202) 420-2200, on **April 16, 2010**, commencing at **9:00 a.m.**, and will proceed before a notary public or other officer duly authorized to administer oaths.

The deposition will continue from time to time thereafter until completed or adjourned. The deposition will be videotaped and recorded by stenographic means, and will be taken for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Dated:  February 17, 2010                  Respectfully submitted,


                                           /s/ James E. Barz
                                           Andrew S. Marovitz
                                           James E. Barz
                                           Jason B. Fliegel
                                           MAYER BROWN LLP
                                           71 S. Wacker Drive
                                           Chicago, IL 60606
                                           Telephone:  (312) 782-0600
                                           Facsimile:  (312) 701-7711

                                           *Counsel for BASF Corporation*

## <u>CERTIFICATE OF SERVICE</u>

On February 17, 2010, a copy of the foregoing **DEFENDANT'S AMENDED NOTICE OF DEPOSITION OF RAJ MEHTA** was electronically filed with the Clerk of the Court through CM/CEF, which provides electronic service on Plaintiffs' liaison counsel and each attorney registered for ECF notification.

/s/ James E. Barz
Counsel for BASF Corporation