IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION | ) ) ) ) | No. 04-MD-1616-JWL-JPO |
| THIS DOCUMENT RELATES TO: THE POLYETHER POLYOL CASES | ) ) ) ) ) ) |  |

## DEFENDANT'S NOTICE OF
## <u>DEPOSITION OF PAUL SEEGOTT</u>

**TO:   ALL COUNSEL OF RECORD**

     PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Defendant BASF Corporation, by and through its undersigned counsel, hereby notices the deposition of **PAUL SEEGOTT** to be taken at the offices of **The Muzilla Law Firm, LLC**, 1301 East Ninth Street, Cleveland, Ohio 44114, Telephone: (216) 458-5880, on **May 17, 2010**, commencing at **9:00 a.m.**, and will proceed before a notary public or other officer duly authorized to administer oaths.

     The deposition will continue from time to time thereafter until completed or adjourned. The deposition will be videotaped and recorded by stenographic means, and will be taken for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Dated:  February 24, 2010                      Respectfully submitted,

                                                        /s/ James E. Barz
                                                        Andrew S. Marovitz
                                                        James E. Barz
                                                        Jason B. Fliegel
                                                       Mayer Brown LLP
                                                       71 S. Wacker Drive
                                                       Chicago, IL 60606
                                                       Telephone:  (312) 782-0600
                                                       Facsimile:  (312) 701-7711

                                                       *Counsel for BASF Corporation*

## CERTIFICATE OF SERVICE

On February 24, 2010, a copy of the foregoing **DEFENDANT'S NOTICE OF DEPOSITION OF PAUL SEEGOTT** was electronically filed with the Clerk of the Court through CM/ECF, which provides electronic service on Plaintiffs' liaison counsel and each attorney registered for ECF notification.

/s/ James E. Barz
Counsel for BASF Corporation