# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

_____
)
IN RE URETHANE ) Civil Action No. 04-md-1616-JWL-JPO
ANTITRUST LITIGATION )
_____) MDL No. 1616
)
THIS DOCUMENT RELATES TO )
ALL POLYETHER POLYOL CASES )
_____)

### DEFENDANT THE DOW CHEMICAL COMPANY'S
### REVISED NOTICE OF DEPOSITION (JOHN QUACKENBUSH)

**TO:**   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE,** that pursuant to the Federal Rules of Civil Procedure, Defendant The Dow Chemical Company, by and through its undersigned counsel, will proceed before a notary public or other officer duly authorized to administer oaths, to take the following deposition:

John Quackenbush (deposition to commence at 9:00 am on June 3, 2010, at the offices of Jones Day, North Point, 901 Lakeside Avenue, Cleveland, OH 44114-1190; (216) 586-3939). The deposition will be recorded by videographic and stenographic means and will be taken for all purposes allowed by the Federal Rules of Civil Procedure and Federal Rules of Evidence.

1

Dated: March 26, 2010

Respectfully submitted,

By: Hamilton Loeb
Jeremy P. Evans
Kelly DeMarchis
Paul Hastings Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

s/Floyd R. Finch, Jr.
Floyd R. Finch, Jr. (KS Bar #16993)
Finch & Campbell LLP
1220 Washington Street, Suite 202
Kansas City, MO 64105
Telephone:  (816) 560-1234

*Counsel for The Dow Chemical Company*

2

## CERTIFICATE OF SERVICE

I, Jeremy Evans, an attorney, hereby certify that, on March 26, 2010, I caused a copy of **DEFENDANT THE DOW CHEMICAL COMPANY'S REVISED NOTICE OF DEPOSITION (JOHN QUACKENBUSH)** to be electronically filed with the Clerk of the Court through CM/CEF, which provides service on Plaintiffs' liaison counsel and each attorney registered for ECF notification.

                                                 s/Jeremy Evans
                                               Attorney for The Dow Chemical Company