# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| _____ | ) | |
| IN RE: URETHANE ANTITRUST | ) | |
| LITIGATION | ) | No.  04-MD-1616-JWL-JPO |
|  | ) | |
| _____ | ) | |
|  | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| THE POLYETHER POLYOL CASES | ) | |
|  | ) | |
| _____ | ) | |

## DEFENDANT'S SECOND AMENDED NOTICE
## OF DEPOSITION OF MARTIN COSGROVE

**TO:  ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Defendant BASF Corporation, by and through its undersigned counsel, hereby notices the deposition of **MARTIN COSGROVE** to be taken at the offices of **Dickstein Shapiro LLP** at 1825 Eye Street NW, Washington, DC 20006, Telephone: (202) 420-3154, on **May 25, 2010**, commencing at **8:30 a.m.**, and will proceed before a notary public or other officer duly authorized to administer oaths.

The deposition will continue from time to time thereafter until completed or adjourned. The deposition will be videotaped and recorded by stenographic means and will be taken for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Dated:  April 15, 2010                                                         Respectfully submitted,

/s/ James E. Barz_____
Andrew S. Marovitz
James E. Barz
Jason B. Fliegel
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711

*Counsel for BASF Corporation*

2

**CERTIFICATE OF SERVICE**

      On April 15, 2010, a copy of the foregoing **DEFENDANT'S SECOND AMENDED NOTICE OF DEPOSITION OF MARTIN COSGROVE** was electronically filed with the Clerk of the Court through CM/ECF, which provides electronic service on Plaintiffs' liaison counsel and each attorney registered for ECF notification.

    /s/ James E. Barz  _____
    Counsel for BASF Corporation