IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION | MDL No. 1616<br>No. 04-MD-1616-JWL |
| This Document Relates To:<br>Polyether Polyol Cases | |

### CLASS PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

Class Plaintiffs, on behalf of themselves and a Class of direct purchasers of the Products, respectfully petition the Court for an order awarding to Class Counsel attorneys' fees equal to one-third of the BASF and Huntsman settlement funds and reimbursement of $5,014,329.08 in litigation costs and expenses incurred from January 1, 2009 through June 30, 2011, and granting authority to Co-Lead Counsel to distribute the attorneys' fees and expenses in a manner that, in the opinion of Class Counsel, fairly compensates each firm in view of its contribution to the prosecution of Class Plaintiffs' claims.

In support of this Petition, Class Plaintiffs submit their Memorandum Of Law In Support Of Class Plaintiffs' Petition For Award Of Attorneys' Fees And Reimbursement Of Litigation Expenses, filed herewith.

Dated:  November 2, 2011
Respectfully submitted,

/s/ Robert W. Coykendall
Robert W. Coykendall, #10137
Roger N. Walter, #08620
Morris, Laing, Evans, Brock & Kennedy, Chartered
Old Town Square

                300 North Mead - Suite 200
                Wichita, KS  67202
                Tel:  (316) 262-2671
                Fax:  (316) 262-5991

**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Allen D. Black | Richard A. Koffman |
| Roberta D. Liebenberg | Christopher J. Cormier |
| Donald L. Perelman | Sharon K. Robertson |
| Gerard A. Dever | Cohen Milstein Sellers & Toll, PLLC |
| Paul Costa | 1100 New York Avenue, NW, Suite 500 |
| Fine, Kaplan and Black, R.P.C. | Washington, DC  20005 |
| 1835 Market Street, 28th Floor | Tel:  (202) 408-4600 |
| Philadelphia, PA  19103 | Fax:  (202) 408-4699 |
| Tel:  (215) 567-6565 | |
| Fax:  (215) 568-5872 | |

**Plaintiffs' Co-Lead Counsel**

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that on this 2nd day of November, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter. I also certify that I mailed a true copy of the foregoing document by first class mail to the following non-CM/ECF participants:

Mark V. Chester
Johnson & Colmar
2201 Waukegan Rd., Suite 260
Bannockburn, IL 60015

Michael F. Tubach
O'Melveny & Myers, LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823

Daniel R. Karon
Goldman Scarlato & Karon, P.C.
700 W. St. Clair Ave., Suite 204
Cleveland OH 44113

Donna Siegel Moffa
Trujillo Rodriquez & Richards, LLP
258 Kings Highway East
Haddonfield, NJ 08033

Simon Bahne Paris
David J. Cohen
Patrick Howard
Saltz Mongeluzzi Barrett & Bendesky, P.C.
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103

Judith A. Shimm
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

William J. Pinilis
Pinilis Halpern, LLP
160 Morris Street
Morristown, NJ 07960

Andrew B. Sacks
Sacks & Weston, LLC
114 York Rd.
Jenkintown, PA 19046-3233

Krishna Narine
Schiffrin & Barroway LLC
280 King of Prussia Road
Radnor, PA 19087

                                              s/Robert W. Coykendall
                                              Robert W. Coykendall, #10137