IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> CARPENTER CO., et al. v. BASF SE, et al. <br> Civil Action No. 08-2617 <br><br> and <br><br> WOODBRIDGE FOAM CORPORATION, et al. v. BASF SE, et al., <br> Civil Action No. 09-2026 <br><br> and <br><br> MARCHEM, et al. v. BASF SE, et al., <br> Civil Action No. 10-2077 | MDL 04-1616 (JWL/JPO) |

**ORDER**

This matter comes before the Court on Direct Action Plaintiffs' Motion to Dismiss Their Claims Against Huntsman International LLC in *Carpenter Co., et al. v. BASF SE, et al.*, Docket No. 08-2617; (2) *Woodbridge Foam Corporation, et al. v. BASF SE, et al.*, Docket No. 09-2026; and (3) *Marchem, et al. v. BASF SE, et al.*, Docket No. 10-2077; and

The Court having considered the matter, for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that

1. Direct Action Plaintiffs' Motion is granted and all of Direct Action Plaintiffs' claims against Huntsman International LLC in the above-referenced actions are hereby dismissed with prejudice with each side bearing their own attorneys' fees and costs.

2. This Order does not settle or compromise any claims by Direct Action Plaintiffs against the remaining Defendants in the above-referenced actions or against any other persons or

entities other than those released as part of the settlement agreement between Direct Action Plaintiffs and Huntsman International LLC ("Releasees"), and all rights against any other Defendant or other person or entity are specifically reserved. Huntsman's sales of Polyether Polyol Products shall remain in the case against the remaining Defendants as a basis for damage claims and shall be part of any joint and several liability claims against any remaining Defendant or other person or entity other than the Releasees.

3.   Pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason for delay and hereby directs that this Order be entered as a final judgment dismissing Defendant Huntsman International LLC with prejudice from Direct Action Plaintiffs' above-referenced actions.

Dated this 30th day of December, 2011, at Kansas City, Kansas.


    s/ John W. Lungstrum
    Honorable John W. Lungstrum
    UNITED STATES DISTRICT JUDGE