IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION )<br>)<br>) | Case No: 04-MD-1616-JWL-JPO |
| )<br>This Order Relates To: )<br>The Polyether Polyols Cases )<br>) | |

## NOTICE OF SERVICE OF
## REBUTTAL EXPERT REPORTS

I hereby certify that on May 25, 2012, Class Plaintiffs' Rebuttal Expert Report of Dr. John L. Solow and the Rebuttal Expert Report of Dr. James T. McClave was served on the following counsel via email and first-class mail:

Hamilton Loeb, Esquire
Jeremy P. Evans
Paul Hastings LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: 202-551-1700
Facsimile: 202-551-1705
Email: hamiltonloeb@paulhastings.com
Email: jeremyevans@paulhastings.com

Donald L. Morrow
Paul Hastings LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626
Telephone: 714-668-6200
Facsimile: 714-979-1921
Email: donaldmorrow@paulhastings.com

Richard J. Leveridge
Jodi Trulove
Dickstein Shapiro LLP
1825 I Street, N.W.
Washington, DC 20006
Telephone: 202-420-2200
Facsimile: 202-580-2201
Email: leveridger@dicksteinshapiro.com
Email: trulovej@dicksteinshapiro.com

                              Respectfully submitted,

                              s/ Robert W. Coykendall
                              Robert W. Coykendall, #10137
                              Joshua J. Hofer, #23836
                              Roger N. Walter, #08620
                              MORRIS, LAING, EVANS, BROCK
                                & KENNEDY, CHTD.
                              300 N. Mead, Suite 200
                              Wichita, Kansas 67202-2745
                              Telephone: (316) 262-2671
                              Facsimile: (316) 262-5991

                              **Class Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Allan D. Black | Richard A. Koffman |
| Roberts D. Liebenberg | Christopher J. Cormier |
| Donald L. Perelman | COHEN, MILSTEIN, SELLERS & TOLL, PLLC |
| Gerard A. Dever | 1100 New York Avenue, N.W. |
| Paul Costa | Suite 500, West Tower |
| FINE, KAPLAN AND BLACK, R.P.C. | Washington, D.C. 20005 |
| 1835 Market Street, 28th Floor | Telephone: (202) 408-4600 |
| Philadelphia, Pennsylvania 19103 | Facsimile: (202) 408-4699 |
| Telephone: (215) 567-6565 | |
| Facsimile: (215) 568-5872 | |

**Class Plaintiffs' Co-Lead Counsel**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this 29th day of May, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter. I also certify that I mailed a true copy of the foregoing document by first class mail to the following non-CM/ECF participants:

Mark V. Chester
Johnson & Colmar
2201 Waukegan Rd., Suite 260
Bannockburn, IL 60015

Michael F. Tubach
O'Melveny & Myers, LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823

Daniel R. Karon
Goldman Scarlato & Karon, P.C.
700 W. St. Clair Ave., Suite 204
Cleveland OH 44113

Donna Siegel Moffa
Trujillo Rodriquez & Richards, LLP
258 Kings Highway East
Haddonfield, NJ 08033

Simon Bahne Paris
David J. Cohen
Patrick Howard
Saltz Mongeluzzi Barrett & Bendesky, P.C.
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103

Judith A. Shimm
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

William J. Pinilis
Pinilis Halpern, LLP
160 Morris Street
Morristown, NJ 07960

Andrew B. Sacks
Sacks & Weston, LLC
114 York Rd.
Jenkintown, PA 19046-3233

Krishna Narine
Schiffrin & Barroway LLC
280 King of Prussia Road
Radnor, PA 19087

s/Robert W. Coykendall
Robert W. Coykendall, #10137