## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**IN RE: URETHANE**
**ANTITRUST LITIGATION**

**Case No: 04-1616-JWL**

**This document relates to**
**all Polyether Polyol Cases**

### ORDER

Pending before the Court is the Unopposed Motion for Pretrial Order Modification (doc. 2534) filed on November 7, 2012 by Defendant The Dow Chemical Company. The Court has reviewed the motion and finds that it should be granted.

IT IS ORDERED BY THE COURT that The Dow Chemical Company's Unopposed Motion for Pretrial Order Modification (doc. 2534) is granted. The Court grants the requested extensions of the following deadlines:

|  | **Current Date** | **New Date** |
| --- | --- | --- |
| Final Exhibit disclosures | Nov. 15 | Witness List-Nov. 15<br><br>Exhibit List-Nov. 29 |
| Objections to final witness & exhibit disclosures | Dec. 5 | Witness List-Dec. 5<br><br>Exhibit List-Dec. 19 |
| Stipulation on pre-admission of trial exhibits | Dec. 14 | Jan. 4 |
| Exhibits marked and exchanged | Dec. 21 | Jan. 11 |
| Objections to deposition designations and counterdesignations | Nov. 21 | Nov. 28 |
| Objections to counterdesignations of deposition testimony | Dec. 10 | Dec. 14 |
| Submission of disputed designations to trial judge | Dec. 17 | Dec. 21 |

IT IS SO ORDERED.

Dated this 9th day of November, 2012, in Kansas City, Kansas.

s/ John W. Lungstrum  
John W. Lungstrum  
United States District Judge