CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

IN RE:  URETHANE ANTITRUST
LITIGATION
                                                            MDL: 1616
**Polyether Polyol Cases**                       Case No:  04-md-1616

**Attorney for Class Plaintiffs:** Robert Coykendall, Richard Koffman, Donald L. Perelman, Gerard A. Dever, Joseph Goldberg, Michael Guzman, and Sharon Robertson

**Attorney for Direct Action Plaintiffs:** Elaine Metlin, James Martin, Jodi Trulove, and Richard Leveridge

**Attorney for Defendant The Dow Chemical Company:** John Barrow, David Bernick, Stephen Kinnaird, Donald Morrow, Floyd R. Finch, Jr. Hamilton Loeb, Jeremy P. Evans, and Brian Markley

| JUDGE: | John W. Lungstrum | DATE: | 11/19/2012 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Becky Ryder |

# ORAL ARGUMENT re: Motions

The Court heard oral argument on the following motions:

#2402 -    Dow's motion for summary judgment on all claims

#2400 -    Dow's supplemental motion for summary judgment on opt-out claims

#2386 -    Dow's motion to exclude Fifth Amendment invocations of Bayer German witnesses

#2392-    Dow's *Daubert* motion with respect to class liability expert Solow

#2390-    Dow's *Daubert* motion with respect to class damages pexpert McClave

#2398 -    Dow's *Daubert* motion with respect to opt-out damages expert Raiff

The court takes these matters underadvisement.