## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE URETHANE ANTITRUST LITIGATION | Civil Action No. 04-md-1616-JWL-JPO |
| | MDL No. 1616 |
| THIS DOCUMENT RELATES TO ALL POLYETHER POLYOL CASES | |

### UNOPPOSED MOTION FOR PRETRIAL ORDER MODIFICATION

With the concurrence of the Class Plaintiffs, The Dow Chemical Company ("Dow") respectfully asks the Court to add a single additional deadline to the pretrial order, allowing supplementation of the parties' exhibit disclosures by December 12, 2012. The current deadline of presenting objections to exhibit disclosures to the Court on December 19, 2012, would remain unchanged. In support of this motion, Dow states the following:

In a case involving millions of pages of documents and with the parties continuing the ongoing process of designating and counter-designating testimony for trial, the parties anticipate that they may identify additional exhibits that are relevant for use at trial. Given that the current schedule provides that objections to exhibit disclosures are not due until December 19, an additional deadline applicable to the parties permitting supplementation of exhibit disclosures on December 12 would leave them with sufficient time to review the final, supplemented exhibit lists and present any appropriate objections to the Court.

For these reasons, Dow respectfully asks the Court to add the additional December 12 deadline for supplementation of exhibit disclosures as reflected in the following chart (which incorporates the previously ordered deposition, exhibit and witness disclosure deadlines).

|  | **Date** |
|---|---|
| Final Exhibit disclosures | Nov. 29 |
| Objections to final witness list | Dec. 5 |
| Supplementation of Final Exhibit disclosures | Dec. 12 |
| Objections to counter designations of deposition testimony | Dec. 14 |
| Objections to final exhibit disclosures | Dec. 19 |
| Submission of disputed designations to trial judge | Dec. 21 |
| Stipulation on pre-admission of trial exhibits | Jan. 4 |
| Exhibits marked and exchanged | Jan. 11 |

Dated:  November 29, 2012

Respectfully submitted,

STINSON MORRISON HECKER LLP

By *s/Brian R. Markley*
    Brian R. Markley, KS 17485
    1201 Walnut, Suite 2200
    Kansas City, Missouri 64106
    Telephone:  (816) 842-8600
    Facsimile:  (888) 290-2657
    Email:  bmarkley@stinson.com

BOIES, SCHILLER & FLEXNER LLP

    David M. Bernick
    575 Lexington Ave., 7th Floor
    New York, NY 10022
    Telephone:  (212) 446-2356
    Facsimile:  (212) 446-2350

PAUL HASTINGS LLP

    Hamilton Loeb
    Jeremy P. Evans
    875 15th Street, N.W.
    Washington, DC 20005
    Telephone:  (202) 551-1700
    Facsimile:  (202) 551-1705

    Donald Morrow
    695 Town Center Drive
    Seventeenth Floor
    Costa Mesa, CA 92626
    Telephone:  (714) 668-6291
    Facsimile:  (714) 668-6391

FLOYD FINCH LAW OFFICES

    Floyd Finch
    1220 Washington Street, Suite 202
    Kansas City, Mo 64105
    Telephone:  (816) 560-1234

COUNSEL FOR THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

Pursuant to the Court's Order Regarding Service (Dkt. # 35), I, Brian R. Markley, hereby certify that on November 29, 2012, a copy of the foregoing JOINT MOTION FOR PRETRIAL ORDER MODIFICATION was filed electronically with the Clerk of the Court through the ECF system, and that the ECF system will send electronic service of the filing to all counsel of record who have registered for ECF notification and receipt of the documents filed in this matter.

/s/ Brian R. Markley
Attorney for The Dow Chemical Company

7353107.1