IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION ) ) ) ) | No. 04-MD-1616-JWL |
| This Document Relates To: ) The Polyether Polyols Cases ) ) | |

CLASS PLAINTIFFS' MOTION *IN LIMINE*
TO PRECLUDE REFERENCE TO CLASS REPRESENTATIVES' OR
CLASS MEMBERS' ATTENDANCE OR NON-ATTENDANCE OF TRIAL

Pursuant to Federal Rules of Evidence 401, 402, and 403, Class Plaintiffs respectfully request that this Court enter an Order *in limine* to prevent Defendant The Dow Chemical Company from making any reference to the lack of attendance at trial by any Class Plaintiff, including any class representative. Such references have no relevance to the matters at issue in this dispute and would be prejudicial. Class Plaintiffs submit herewith a memorandum of law in support of this motion.

This 30th day of November, 2012.

                                                              Respectfully submitted,

                                                              /s/ Robert W. Coykendall
                                                              Robert W. Coykendall, #10137
                                                              Roger N. Walter, #08620
                                                              Morris, Laing, Evans, Brock &
                                                              Kennedy, Chartered
                                                              Old Town Square
                                                              300 North Mead – Suite 200
                                                              Wichita, KS 67202
                                                              Tel: (316) 262-2671
                                                              Fax: (316) 262-5991

                                                              **Class Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Allen D. Black | Richard A. Koffman |
| Roberta D. Liebenberg | Christopher J. Cormier |
| Donald L. Perelman | Sharon K. Robertson |
| Gerard A. Dever | Laura A. Alexander |
| Paul Costa | Cohen Milstein Sellers & Toll PLLC |
| Fine, Kaplan and Black, R.P.C. | 1100 New York Avenue, N.W. |
| One South Broad Street | Suite 500, West Tower |
| 23rd Floor | Washington, DC  20005 |
| Philadelphia PA 19107 | Tel:  (202) 408-4600 |
| Tel:  (215) 567-6565 | Fax:  (202) 408-4699 |
| Fax:  (215) 568-5872 | |

**Class Plaintiffs' Co-Lead Counsel**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this 30th day of November, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter. I also certify that I mailed a true copy of the foregoing document by first class mail to the following non-CM/ECF participants:

Mark V. Chester
Johnson & Colmar
2201 Waukegan Rd., Suite 260
Bannockburn, IL 60015

William J. Pinilis
Pinilis Halpern, LLP
160 Morris Street
Morristown, NJ 07960

Daniel R. Karon
Goldman Scarlato & Karon, P.C.
700 W. St. Clair Ave., Suite 204
Cleveland OH 44113

Simon Bahne Paris
David J. Cohen
Patrick Howard
Saltz Mongeluzzi Barrett & Bendesky, P.C.
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103

Joseph H. Meltzer
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

Stacey Vu
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760

Michael F. Tubach
O'Melveny & Myers, LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Peter D. St. Phillip, Jr.
Lowey, Dannenberg, Cohen & Hart, PC
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

Timothy P. Irving
Troutman Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130

William J. Linklater
Baker & McKenzie
One Prudential Plaza
300 East Randolph Street, Suite 5000
Chicago, IL 60601

/s/ Robert W. Coykendall
Robert W. Coykendall, #10137