IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION | No. 04-MD-1616-JWL |
| This Document Relates To: The Polyether Polyols Cases | |

### CLASS PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE REFERENCE TO PAUL SEEGOTT'S BANKRUPTCY, TO DORMANT STATUS OF PLAINTIFF SEEGOTT HOLDINGS INC., AND TO BASF CORPORATION'S NOW-SETTLED COUNTERCLAIM AGAINST SEEGOTT HOLDINGS

Class Plaintiffs respectfully request that this Court enter an Order *in limine* to prevent Defendant The Dow Chemical Company ("Dow") from referencing the prior bankruptcy of Plaintiff Seegott Holdings Inc.'s ("Seegott Holdings") owner, Paul Seegott, the dormant status of Seegott Holdings' business operations, and the filing and later settlement of BASF Corporation's counterclaim against Seegott Holdings and the facts underlying that counterclaim pursuant to Federal Rules of Evidence 401, 402 and 403. Class Plaintiffs submit herewith a memorandum of law in support of this motion.

This 30th day of November, 2012.

    Respectfully submitted,

    /s/ Robert W. Coykendall
    Robert W. Coykendall, #10137
    Roger N. Walter, #08620
    Morris, Laing, Evans, Brock &
    Kennedy, Chartered
    Old Town Square
    300 North Mead – Suite 200
    Wichita, KS 67202
    Tel: (316) 262-2671
    Fax: (316) 262-5991

    **Class Plaintiffs' Liaison Counsel**

Allen D. Black
Roberta D. Liebenberg
Donald L. Perelman
Gerard A. Dever
Paul Costa
Fine, Kaplan and Black, R.P.C.
One South Broad Street
23rd Floor
Philadelphia PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872

Richard A. Koffman
Christopher J. Cormier
Sharon K. Robertson
Laura A. Alexander
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel: (202) 408-4600
Fax: (202) 408-4699

**Class Plaintiffs' Co-Lead Counsel**

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this 30th day of November, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter. I also certify that I mailed a true copy of the foregoing document by first class mail to the following non-CM/ECF participants:

Mark V. Chester
Johnson & Colmar
2201 Waukegan Rd., Suite 260
Bannockburn, IL 60015

William J. Pinilis
Pinilis Halpern, LLP
160 Morris Street
Morristown, NJ 07960

Daniel R. Karon
Goldman Scarlato & Karon, P.C.
700 W. St. Clair Ave., Suite 204
Cleveland OH 44113

Simon Bahne Paris
David J. Cohen
Patrick Howard
Saltz Mongeluzzi Barrett & Bendesky, P.C.
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103

Joseph H. Meltzer
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

Stacey Vu
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760

Michael F. Tubach
O'Melveny & Myers, LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Peter D. St. Phillip, Jr.
Lowey, Dannenberg, Cohen & Hart, PC
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

Timothy P. Irving
Troutman Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130

William J. Linklater
Baker & McKenzie
One Prudential Plaza
300 East Randolph Street, Suite 5000
Chicago, IL 60601

/s/ Robert W. Coykendall
Robert W. Coykendall, #10137