CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

IN RE: URETHANE ANTITRUST LITGATION,

Case No:  04-1616-JWL

**Attorney for Class Plaintiffs: Robert Coykendall**
**Donald L. Perelman**
**Laura Alexander**
**Joseph Goldberg**
**Michael Guzman**

**Attorney for Direct Action Plaintiffs:  Richard Leveridge**
**Elaine Metlin**

**Attorney for Defendant: Brian Markley**
**Hamilton Loeb**
**Jeremy Evans**

| JUDGE: | John W. Lungstrum | DATE: | 12/7/2012 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Becky Ryder |

# MOTION HEARING (by telephone conference)

#2548 - Class Plaintiffs' and Direct Action Plaintiffs' Motion for Leave to Take Depostion of Edward J. Dineen: **GRANTED as set forth in full on the record.**

#2582 - Class Plaintiffs' Motion to Enforce the Pretrial Order: **DENIED for the reasons set forth in full on the record.**

#2568 - Class Palintiffs' Motion in limine to preclude David Fischer and Richard Beitel from testifying live in Dow's case in chief if Dow refuses to make them available during class plaintiffs' case in chief: **GRANTED for the reasons set forth in full on the record.**