# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

IN RE URETHANE ANTITRUST LITIGATION )

)

)    Case No. 04-1616-JWL-JPO

THIS DOCUMENT RELATES TO: )
POLYETHER POLYOL CASES )

)

## THE DOW CHEMICAL COMPANY'S RESPONSE TO
## CLASS PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE DISCLOSURE TO THE
## JURY THAT ANY DAMAGES AWARD WILL BE TREBLED

The Dow Chemical Company ("Dow") does not oppose the Class Plaintiffs' Motion *in Limine* to Preclude Disclosure to the Jury that any Damages Award Would be Trebled (Doc. 2578), provided that the Class Plaintiffs do not take some action at trial that opens the door to this issue.

Dated:  December 14, 2012

Respectfully submitted,

STINSON MORRISON HECKER LLP

By   /s/Brian R. Markley
     Brian R. Markley, KS 17485
     1201 Walnut, Suite 2200
     Kansas City, Missouri 64106
     Telephone:  (816) 842-8600
     Facsimile:  (888) 290-2657
     Email:  bmarkley@stinson.com

BOIES, SCHILLER & FLEXNER LLP

     David M. Bernick
     575 Lexington Ave., 7th Floor
     New York, NY 10022
     Telephone:  (212) 446-2356
     Facsimile:  (212) 446-2350

PAUL HASTINGS LLP

     Hamilton Loeb
     Jeremy P. Evans
     875 15th Street, N.W.
     Washington, DC 20005
     Telephone:  (202) 551-1700
     Facsimile:  (202) 551-1705

     Donald Morrow
     695 Town Center Drive
     Seventeenth Floor
     Costa Mesa, CA 92626
     Telephone:  (714) 668-6291
     Facsimile:  (714) 668-6391

FLOYD FINCH LAW OFFICES

     Floyd Finch
     1220 Washington Street, Suite 202
     Kansas City, Mo 64105
     Telephone:  (816) 560-1234

COUNSEL FOR THE DOW CHEMICAL COMPANY

<u>**Certificate of Service**</u>

On December 14, 2012, a copy of **THE DOW CHEMICAL COMPANY'S RESPONSE TO CLASS PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE DISCLOSURE TO THE JURY THAT ANY DAMAGES AWARD WILL BE TREBLED** was filed with the Court through the ECF system, which provides electronic service of the filing to all counsel of record who have registered for ECF notification in this matter.

*/ s/ Brian R. Markley*
 Attorney for The Dow Chemical Company

3

7424317.1