IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION, | ) ) ) | MDL No. 1616 |
| _____ | ) ) | Case No. 04-1616-JWL |
| This Document Relates to the following Polyether Polyol Cases: | ) ) ) ) | |
| *Carpenter Co., et al. v. BASF SE, et al.*, | ) ) | Case No. 08-2617-JWL |
| and | ) ) | |
| *Woodbridge Foam Corporation, et al. v. BASF SE, et al.*, | ) ) ) ) | Case No. 09-2026-JWL |
| and | ) ) | |
| *Dash Multi-Corp., Inc., et al. v. BASF SE, et al.* | ) ) ) ) | Case No. 10-2077-JWL |
| _____) | | |

## ORDER NUNC PRO TUNC

On January 4, 2013, the Court issued an order (Doc. # 2678) denying defendant Dow's motions for summary judgment on claims by direct action plaintiffs who have opted out of the class certified in a consolidated case, although only two of the three direct action cases (*Carpenter* and *Woodbridge*) were referenced. The order should and does apply, *nunc pro tunc*, to all three direct action cases referenced above, including the *Dash Multi-Corp.* case.

IT IS SO ORDERED.

Dated this 7th day of January, 2013, in Kansas City, Kansas.

                                                                           s/ John W. Lungstrum
                                                                           John W. Lungstrum
                                                                           United States District Judge