IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN RE
URETHANE ANTITRUST LITIGATION

This document relates to:
   The Polyether Polyol Cases

MDL No. 1616

Civil No. 2:04-md-01616-JWL

### THE DOW CHEMICAL COMPANY'S MOTION TO DECERTIFY THE CLASS

The Dow Chemical Company moves the Court to decertify the class. The grounds for this motion include the following:

- The Plaintiffs' common evidence will not prove every class member was impacted by the alleged conspiracy.

- Impact has been assumed, not analyzed, for all class members whose damages were only extrapolated and not modeled by Dr. McClave.

- Two intra-class conflicts preclude satisfaction of Rule 23's adequacy requirement.

- Plaintiffs cannot establish the due diligence prong of each class member's fraudulent concealment claim with common evidence.

The grounds for this motion are fully stated in the supporting memorandum, which is incorporated by reference. For the reasons stated in the supporting memorandum, Dow asks the Court to grant this motion and decertify the class.

Dated:  January 22, 2013         Respectfully submitted,

STINSON MORRISON HECKER LLP

By  /s/Brian R. Markley
    Brian R. Markley, KS 17485
      bmarkley@stinson.com
    Sara E. Welch, KS 16350
      swelch@stinson.com
    1201 Walnut, Suite 2200
    Kansas City, Missouri 64106
    Telephone:  (816) 842-8600
    Facsimile:  (888) 290-2657

BOIES, SCHILLER & FLEXNER LLP

    David M. Bernick
    575 Lexington Ave., 7th Floor
    New York, NY 10022
    Telephone:  (212) 446-2356
    Facsimile:  (212) 446-2350

    Scott E. Gant
    5301 Wisconsin Ave., N.W.
    Washington, DC 20015
    Telephone:  (202) 237-2727
    Facsimile:  (202) 237-6131

PAUL HASTINGS LLP

    Hamilton Loeb
    Jeremy P. Evans
    875 15th Street, N.W.
    Washington, DC 20005
    Telephone:  (202) 551-1700
    Facsimile:  (202) 551-1705

    Donald Morrow
    695 Town Center Drive
    Seventeenth Floor
    Costa Mesa, CA 92626
    Telephone:  (714) 668-6291
    Facsimile:  (714) 668-6391

COUNSEL FOR THE DOW CHEMICAL COMPANY

**Certificate of Service**

On January 22, 2013, a copy of **THE DOW CHEMICAL COMPANY'S MOTION TO DECERTIFY THE CLASS** was filed with the Court through the ECF system, which provides electronic service of the filing to all counsel of record who have registered for ECF notification in this matter.

*s/ Brian R. Markley*
Attorney for The Dow Chemical Company

7626464.1