IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN RE:                                             )
URETHANE ANTITRUST LITIGATION                      )    MDL No. 1616
                                                   )    Case No. 04-1616-JWL
This document relates to:                          )
The Polyether Polyol Cases                         )
                                                   )

## VERDICT FORM

We, the jury, impaneled and sworn in the above-entitled case, upon our oaths, do make the following answers to the questions propounded by the Court:

1. Do you find that Class Plaintiffs have proved by a preponderance of the evidence that Dow participated in a conspiracy to fix, raise, or stabilize prices for urethane chemicals (as set forth in Instructions 12 through 18)?

    Yes __X__    No _____

*If your answer to Question 1 is "Yes", proceed to Question 2. If your answer to Question 1 is "No", stop here and your deliberations are complete; do not answer any remaining questions, and proceed to the signature page.*

2. Do you find that Class Plaintiffs have proved by a preponderance of the evidence that the conspiracy involving Dow caused Class Plaintiffs to pay more for urethane chemicals than they would have paid absent a conspiracy (as set forth in Instruction 19)?

    Yes __X__    No _____

*If your answer to Question 2 is "Yes", proceed to Question 3. If your answer to Question 2 is "No", stop here and your deliberations are complete; do not answer any remaining questions, and proceed to the signature page.*

3. Does the injury found in the answer to Question 2 above include overpayments prior to November 24, 2000?

Yes _____   No __X__

*If your answer to Question 3 is "Yes", proceed to Question 4. If your answer to Question 3 is "No", proceed to Question 5.*

4. Do you find that Class Plaintiffs have proved their claim of fraudulent concealment by a preponderance of the evidence (as set forth in Instructions 23 and 24)?

Yes _____   No _____

*If your answer to Question 4 is "Yes", proceed to Question 5. If your answer to Question 4 is "No", proceed to Question 6.*

5. State the amount of damages proved by Class Plaintiffs (as set forth in Instructions 20 and 21).

$ __400,049,039.00__

*Stop here and your deliberations are complete; do not answer any remaining questions, and proceed to the signature page.*

6. State the amount of damages proved by Class Plaintiffs, excluding any amounts relating to purchases prior to November 24, 2000 (as set forth in Instructions 20 and 21).

$ _____

2

*Your deliberations are complete. Please have the foreperson sign and date this verdict form and notify the Court that you have reached a verdict.*

2-20-2013
Date

_____
Foreperson