IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE URETHANE ANTITRUST LITIGATION | MDL No. 1616<br>Case No. 04-1616-JWL |
| This Document relates to the following Polyether Polyol Cases: | |
| *Carpenter Co., et al. v. BASF, et al.,* | Case No. 08-2617-JWL |
| and | |
| *Woodbridge Foam Corporation, et al. v. BASF SE, et al.,* | Case No. 09-2016-JWL |
| and | |
| *Dash Multi-Corp, Inc., et al. v. BASF SE, et al.,* | Case No. 10-2077-JWL |

**ORDER**

This matter comes before the Court on Direct Action Plaintiffs' Motion for Leave to File Under Seal Their Motion for Leave to File Motion for Substitution of Expert Witness.

The Court having considered the matter, for good cause shown, it is hereby

ORDERED, that Direct Action Plaintiffs' Motion is granted.

IT IS SO ORDERED.

Dated this 18th day of June 2013 at Kansas City, Kansas.

                                                 s/ John W. Lungstrum
                                                 John W. Lungstrum
                                                 UNITED STATES District JUDGE