IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| IN RE URETHANE ANTITRUST LITIGATION ) ) ) ) ) | MDL No. 1616 |
| THIS DOCUMENT RELATES TO: ) ) ) *Carpenter Co., et al. v. BASF SE, et al.* ) ) | Case No. 08-2617-JWL |

**CARPENTER'S MOTION FOR LEAVE
TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE
OF ALLOWING CARPENTER WITNESSES TO TESTIFY**

Direct Action Plaintiffs Carpenter Co. and E.R. Carpenter, L.P. (collectively, "Carpenter") respectfully move this Court to reopen discovery for the limited purpose of allowing current and former Carpenter employees who previously asserted their Fifth Amendment privilege to be deposed.[1]  Defendant The Dow Chemical Company ("Dow") has informed Carpenter that it intends to oppose this motion.

As more fully set forth in the accompanying memorandum, the Carpenter witnesses' original invocations of the Fifth Amendment were made in good faith, and the decision to seek to reopen discovery now so they may be re-deposed is likewise made in good faith based on changed circumstances.  Any prejudice to Dow will be eliminated by reopening discovery and allowing Dow to depose these witnesses now.

---

[1]  For purposes of this motion only, these individual nonparty deponents are collectively referred to as "the Carpenter witnesses."

WHEREFORE, Carpenter respectfully requests that its motion be granted, and that an order be entered reopening discovery for the limited purpose of allowing current and former Carpenter employees who previously asserted their Fifth Amendment privilege to be deposed.

Dated:  September 17, 2013              Respectfully submitted,

/s/ Gloria B. Solomon
TROUT CACHERIS PLLC
Robert P. Trout
Gloria B. Solomon
1350 Connecticut Avenue, N.W.
Suite 300
Washington, DC  20036
(202) 464-3300
rtrout@troutcacheris.com
gsolomon@troutcacheris.com

*Counsel for Carpenter Company and E.R. Carpenter, L.P.*

### CERTIFICATE OF SERVICE

Pursuant to the Court's Order Regarding Service (Dkt. 35), I hereby certify that on September 17, 2013, a copy of the foregoing Carpenter's Motion for Leave to Reopen Discovery for the Limited Purpose of Allowing Carpenter Witnesses to Testify was filed electronically with the Clerk of the Court through the ECF system, and that the ECF system will send electronic service of the filing to all counsel of record who have registered for ECF notification and receipt of the documents filed in this matter.

/s/  Gloria B. Solomon
Gloria B. Solomon
*Counsel for Carpenter Company and E.R. Carpenter, L.P.*