IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| IN RE URETHANE ANTITRUST LITIGATION ) ) ) ) | MDL No. 1616 |
| THIS DOCUMENT RELATES TO: DIRECT ACTION CASES ) ) ) ) | Case Nos. 08-2617-JWL, 09-2026-JWL, 10-2077-JWL |

### EXHIBITS NOT UNDER SEAL

Direct Action Plaintiffs submit the attached exhibits in support of their Motion to Strike the Supplemental Expert Report of Dr. Keith R. Ugone. These exhibits are not under seal.

January 27, 2014                                              Respectfully submitted,

DICKSTEIN SHAPIRO LLP

By */s/ Elaine Metlin*

ADAMS HOLCOMB LLP                          Richard J. Leveridge
R. Bruce Holcomb                                   Elaine Metlin
Christopher Leonardo                             James R. Martin
1875 Eye Street NW                                Jodi Trulove
Washington, DC 20006                            1825 Eye Street N.W.
Tel: (202) 580-8820                                  Washington, DC 20006
Fax: (202) 580-8821                                 Tel: (202) 420-2200
                                                                  Fax: (202) 420-2201

*Counsel for Direct Action Plaintiffs*

2

**CERTIFICATE OF SERVICE**

      Pursuant to the Court's Order Regarding Service (Doc. 35), I hereby certify that on January 27, 2014 a copy of the foregoing document was filed electronically with the Clerk of the Court through the ECF system, and that the ECF system will send electronic service of the filing to all counsel of record who have registered for ECF notification and receipt of the documents filed in this matter.

                                          */s/ Elaine Metlin*
                                          *Counsel for Direct Action Plaintiffs*