# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE URETHANE ANTITRUST LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) DIRECT ACTION POLYETHER POLYOL CASES ) ) | Case No. 04-md-1616-JWL-JPO |

## EXHIBITS NOT UNDER SEAL TO
## THE DOW CHEMICAL COMPANY'S MEMORANDUM IN OPPOSITION TO
## DAPS' MOTION TO STRIKE DR. UGONE'S REPORT

The attached exhibits, which are not filed under seal, support The Dow Chemical Company's Memorandum in Opposition to DAPs' Motion to Strike Dr. Ugone's Report.

Respectfully submitted,

STINSON MORRISON HECKER LLP

By  *s/ Brian R. Markley*
    Brian R. Markley, KS 17485
      bmarkley@stinson.com
    Sara E. Welch, KS 16350
      swelch@stinson.com
    1201 Walnut, Suite 2200
    Kansas City, Missouri 64106
    Telephone:  (816) 842-8600
    Facsimile:  (888) 290-2657

DECHERT LLP

    David M. Bernick
    1095 Avenue of the Americas
    New York, NY 10036-6797
    Telephone:  (212) 698-3551
    Facsimile:  (212) 698-3599

PAUL HASTINGS LLP

| | |
|---|---|
| Hamilton Loeb | Donald Morrow |
| Jeremy P. Evans | 695 Town Center Drive |
| 875 15th Street, N.W. | Seventeenth Floor |
| Washington, DC 20005 | Costa Mesa, CA 92626 |
| Telephone:  (202) 551-1700 | Telephone:  (714) 668-6291 |
| Facsimile:  (202) 551-1705 | Facsimile:  (714) 668-6391 |

COUNSEL FOR THE DOW CHEMICAL COMPANY

### Certificate of Service

On March 4, 2014, a copy of the foregoing was filed under seal with the Court through the ECF system, which provides electronic service of the filing to all counsel of record who have registered for ECF notification in this matter.

          *s/ Brian R. Markley*
          Attorney for The Dow Chemical Company

DB04/0018623.0002/10500229.1