# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| IN RE URETHANE ANTITRUST LITIGATION ) | Case No. 04-md-1616-JWL-JPO |
| THIS DOCUMENT RELATES TO: ) DIRECT ACTION POLYETHER POLYOL CASES ) | **FILED UNDER SEAL** Contains Highly Confidential Information |

## EXHIBITS TO MEMORANDUM IN OPPOSITION TO DAPs' MOTION TO STRIKE DR. UGONE'S REPORT

**Description**                                                                                   **Exhibit**

Summary of New Points and Issues For Each Step of the Model ......................................... 1

Revised Reply Report of Matthew E. Raiff, Ph.D., July 13, 2012 ...................................... 2

February 14, 2013 Trial Transcript Excerpt ...................................................................... 3

February 7, 2013 Trial Transcript Excerpt ........................................................................ 4

February 6, 2013 Trial Transcript Excerpt ........................................................................ 5

Rule 26 Disclosure of Leslie M. Marx, Ph.D., September 20, 2013 ..................................... 6

May 26, 2011 Deposition of Matthew E. Raiff, Ph.D. ......................................................... 7

November 15, 2013 Deposition of Leslie M. Marx, Ph.D. .................................................... 8

May 25, 2011 Deposition of Matthew E. Raiff, Ph.D. ......................................................... 9

June 27, 2012 Deposition of Matthew E. Raiff, Ph.D. ....................................................... 10

February 28, 2014 Deposition of Dr. Kenneth R. Ugone ..................................................... 11

Supplemental Expert Report of Keith R. Ugone, PH.D., December 19, 2013 ...................... 12

October 22, 2013 Deposition of Stanley Pauley Exhibit 23 ................................................ 13

R. Marshall & L. Marx, *The Economics of Collusion: Cartels and Bidding Rings* (2012) ..14

Rebuttal Expert Report of Keith R. Ugone, Ph.D., March 23, 2012 ........................................15

Leslie Marx, et al., *Plus Factors And Agreement In Antitrust Law*, 110 Mich. L. Rev. 393 (2011) ............................................................................................................16

Economic Expert Report of Professor Kenneth G. Elzinga, March 23, 2012 .......................17

October 22, 2013 Deposition of Stanley Pauley....................................................................18

September 3, 2013 Email and attachment from Brian Markley ............................................19

October 18, 2013 Deposition of Frank Hurst........................................................................20

Revised Expert Report of Matthew E. Raiff, Ph.D, May 13, 2011 ........................................21