IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION | ) ) ) ) ) | MDL 1616<br>Civil No. 04-md-01616-JWL |
| This Document Relates To:<br>The Polyether Polyol Cases | ) ) ) ) | |

### ORDER ENLARGING PAGE LIMITS ON FEE PETITION REPLY

Upon consideration of the Motion of Class Counsel to Exceed Page Limit on Reply Memorandum in Support of Petition for Award of Attorneys' Fees, and any opposition thereto, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the page limit for Class Counsel's Reply Memorandum is enlarged to permit 35 total pages, excluding tables.

ENTERED THIS 15th day of June, 2016.

s/ John W. Lungstrum
Honorable John W. Lungstrum
United States District Judge
