# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| IN RE:  URETHANE ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) | MDL 1616 |
| This Document Relates To: The Polyether Polyol Cases | | Civil No. 04-md-1616-JWL |

## CLASS PLAINTIFFS' MOTION FOR
## LEAVE TO MAKE THE THIRD AND FINAL DISTRIBUTION
## OF THE HUNTSMAN AND BASF SETTLEMENT FUNDS

Class Plaintiffs ("Plaintiffs"), by their undersigned counsel, hereby respectfully move this Court for an Order:

      A.    Authorizing the third and final *pro rata* distribution of funds from the Huntsman International LLC Settlement Fund Escrow Account ("Huntsman Escrow Account") and the BASF Corporation Settlement Fund Escrow Account ("BASF Escrow Account") (together, the "Huntsman and BASF Settlement Funds") to Authorized Claimants whose distribution payment would be $10.00 or more;

      B.    Appointing The Garden City Group ("GCG") as Settlement Administrator to conclude the distribution of the Huntsman and BASF Settlement Funds;

      C.    Reserving $31,747 in the Huntsman and BASF Settlement Funds for payment of the reasonable and necessary administrative fees and expenses associated with completing this final distribution, and authorizing payment of such fees and expenses; and

      D.    Authorizing reimbursement of $5,150.30 that Class Counsel paid to Rust Consulting, LLC for reasonable and necessary fees and expenses associated with administering the settlements from January 1, 2016 through March 30, 2016.

## I. BACKGROUND

1. The Court's October 1, 2013 Order Granting Class Plaintiffs' Motion for an Order Authorizing the Retention of a Portion of the BASF/Huntsman Settlement Fund to Pay Appeal Bond Premiums, If Necessary, and for Reimbursement of Additional Litigation Fund Expenses (Dkt. 3047) (the "Retention Order") directed that a total of $3,600,000.00 be retained in the Huntsman and BASF Settlement Funds to pay any *supersedeas* bond premiums awarded pursuant to Fed. R. App. P. 39(e)(3) after the conclusion of appeals filed by The Dow Chemical Company ("Dow"). The Retention Order further provided that if some or all of the reserved funds were not needed to satisfy any award of *supersedeas* bond premiums, Class Plaintiffs could move for an appropriate order to determine the disposition of such funds.

2. On July 29, 2016, the Court granted final approval to the settlement between Dow and Class Plaintiffs and dismissed Dow from the litigation with prejudice (Dkt. 3274). There were no appeals. Because the retained funds are no longer needed to satisfy any award of *supersedeas* bond premiums, Class Plaintiffs hereby move for an Order for leave to distribute the Settlement Funds as described below.

## II. MOTION FOR LEAVE TO MAKE THIRD AND FINAL DISTRIBUTION OF HUNTSMAN AND BASF SETTLEMENT FUNDS

3. Class Plaintiffs propose that the Third Distribution be distributed according to the Recognized Loss Amounts already assigned to each Authorized Claim during the second distribution of the Huntsman and BASF Settlement Funds. *See* Order Approving Second Distribution From the Huntsman and BASF Settlement Funds dated November 7, 2013 (Dkt. 3074) ("Second Distribution Order").

4. Class Plaintiffs move that The Garden City Group ("GCG") be appointed as Settlement Administrator to disseminate checks and undertake any other tasks necessary to

complete the distribution of the Huntsman and BASF Settlement Funds. GCG is the Settlement Administrator for Plaintiffs' settlement with The Dow Chemical Company. *See* Order Authorizing Dissemination of Notice to the Class of the Dow Settlement Agreement and Establishing Procedures and a Hearing on Final Settlement Approval, the Proposed Plan of Allocation and Class Counsel's Fee Petition, filed April 27, 2016 (Dkt. 3243). Class Counsel and the prior settlement administrator for the Huntsman and BASF Settlement Funds have given GCG all necessary information (including claim numbers, claimant names, mailing addresses, and Recognized Loss Amounts for all Authorized Claimants) to enable GCG to make this final distribution of the Huntsman and BASF Settlement Funds. *See* Declaration of Lorna Lightfoot-Ware in Support of Class Plaintiffs' Motion for Leave to Make the Third and Final Distribution of the Huntsman and BASF Settlement Funds dated September 27, 2016 ("GCG Decl."), being filed simultaneously with this Motion, at ¶ 4.

### A.  Monies Withheld From Distribution

5. Class Plaintiffs request that $36,897.30 be withheld from distribution to pay for the reasonable fees and expenses of the settlement administrator to complete the distribution and to reimburse Class Counsel for already-incurred costs of settlement administration.

### i.  Reserve for Administrative Fees and Expenses Associated with Completing the Distribution of Funds from the Huntsman and BASF Settlements

6. GCG estimates that its fees and expenses to complete the distribution of the Huntsman and BASF Settlement Funds will be $31,747.00. A copy of GCG's estimate is attached as Exhibit 1 to the GCG Declaration. Therefore, Class Plaintiffs ask that $31,747.00 be withheld from this third and final distribution and that Class Counsel be authorized to pay GCG's fees and expenses up to that amount from the Escrow Accounts.

### ii. **Reserve to Reimburse Class Counsel for Already-Incurred Costs of Settlement Administration**

7. Pursuant to the Second Distribution Order, $77,892 was reserved in the Huntsman and BASF Settlement Funds to pay invoices submitted by the claims administrator, Rust Consulting, LLC ("Rust"), in connection with the second distribution and for all other necessary administrative work through September 30, 2014. The motion stated that Class Counsel would seek Court approval to pay settlement-related costs billed after September 30, 2014 if necessary and appropriate.

8. The $77,892 set aside for claims administration expenses through September 2014 was sufficient to pay all of Rust's fees and expenses through December 31, 2015.

9. Rust invoiced $5,327.83 for settlement administration tasks accomplished in early 2016, including: preparation of 2015 informational tax returns for the Escrow Accounts, document and data storage; and website and telephone line maintenance.

10. Class Counsel directed that the final $177.53 of reserved claims administration funds be paid to Rust from the Escrow Accounts and paid the remaining $5,150.30 due to Rust from Counsel's Litigation Fund. Class Counsel now request reimbursement in that amount from the Huntsman and BASF Settlement Funds.

### B. **Amounts Available For Distribution**

11. If the Court grants this motion, the amounts to be distributed to Authorized Claimants in this third and final distribution will be calculated as follows:

|  | **Huntsman Escrow** | **BASF Escrow** | **Total** |
|---|---|---|---|
| Balance as of 08/31/2016 | 1,404,246.71 | 2,196,385.83 | 3,600,632.54 |
| GCG's estimated fees and expenses for completing the final distribution | (12,381.33) | (19,365.67) | (31,747.00) |
| Reimbursement to Class Counsel for already-incurred claims administration fees and expenses | (2,008.62) | (3,141.68) | (5,150.30) |
| Total excluded from distribution | (14,389.95) | (22,507.35) | (36,897.30) |
| Funds to be transferred to Distribution Account | 1,389,856.76 | 2,173,878.48 | 3,563,735.24 |

### III.   CONCLUSION

12.   For the foregoing reasons, Class Counsel respectfully request that the Court enter the proposed Order authorizing the third and final distribution of the Huntsman/BASF Settlement Funds.

DATED: September 30, 2016

Respectfully submitted,

  /s/ Robert W. Coykendall
Robert W. Coykendall, #10137
Robert N. Walter, #08620
**Morris, Laing, Evans, Brock & Kennedy, Chartered**
Old Town Square
300 North Mead – Suite 200
Wichita, KS 67202
Tel: (316) 262-2671
Fax: (316) 262-5991

**Class Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Donald L. Perelman<br>Gerard A. Dever<br>Paul Costa<br>Mary L. Russell<br>**Fine, Kaplan and Black, R.P.C.**<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>Tel: (215) 567-6565<br>Fax: (215) 568-5872<br><br>**Class Plaintiffs' Co-Lead Counsel** | Richard A. Koffman<br>Christopher J. Cormier<br>Sharon K. Robertson<br>**Cohen Milstein Sellers & Toll PLLC**<br>1100 New York Avenue, N. W.,<br>Suite 500, West Tower<br>Washington, DC 20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br><br>**Class Plaintiffs' Co-Lead Counsel** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of September, 2016, I caused the foregoing Class Plaintiffs' Motion for Leave to Make the Third and Final Distribution from the Huntsman and BASF Settlement Funds to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter.

      /s/ *Robert W. Coykendall*
      Robert W. Coykendall