**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **IN RE: URETHANE ANTITRUST LITIGATION** | ) | **CIVIL ACTION** |
| **This Document Relates to: The Polyether Polyol Cases** | ) | **No. 04-md-1616-JWL** |

**<u>ORDER</u>**

On November 6, 2017, the Class Plaintiffs' filed a Motion to Approve Distributions from the Dow Settlement Fund (Doc. #3281).

IT IS ORDERED BY THE COURT that any party wishing to file a response or objection to class plaintiffs' Motion to Approve Distributions from the Dow Settlement Fund (Doc. #3281) shall do so on or before **NOVEMBER 27, 2017** and any response thereto shall be filed on or before **DECEMBER 8, 2017.** Objections must be filed with the Court and a copy provided to the Settlement Administrator and Class Counsel at the following addresses so that they are received no later than November 27, 2017:

Clerk of the District Court
United States District Court for the District of Kansas
500 State Avenue
Room 259
Kansas City, Kansas 66101

Urethane Antitrust Litigation
c/o GCG
P.O. Box 10223
Dublin, Ohio 43017-5723

Fine, Kaplan and Black, R.P.C.
Attn: Don Perelman, Esq.
One South Broad Street
23rd Floor
Philadelphia, PA 19107

IT IS FURTHER ORDERED the Court will conduct a Distribution Hearing on **DECEMBER 19, 2017 at 1:30 p.m.** in Courtroom #440, Robert J. Dole United States Courthouse, 500 State Avenue, Kansas City, Kansas.

**IT IS SO ORDERED.**

**Dated this 13th day of November, 2017 at Kansas City, Kansas.**

**s/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**