IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN RE: URETHANE ANTITRUST LITIGATION

MDL 1616
Civil No. 04-md-01616-JWL

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Erin Westbrook be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Dated: December 18th, 2018

GOZA & HONNOLD, LLC

By _____
Bradley D. Honnold, KS #22972
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Ph: (913) 451-3433
Fax: (913) 839-0567
bhonnold@gohonlaw.com

GRAY, PLANT, MOOTY,
  MOOTY & BENNETT, P.A.
Dean Eyler (*pro hac vice pending*)
Erin Westbrook (*pro hac vice pending*)
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Ph:  (612) 632-3000
Fax:  (612) 632-4444
Dean.Eyler@gpmlaw.com
Erin.Westbrook@gpmlaw.com

ATTORNEYS FOR CLAIMANT JACK
BAUMSTARK, SR.