**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

|  |  |  |
|---|---|---|
| IN RE: URETHANE ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) | No. 04-MD-1616-JWL |
| This Document Relates To: All Cases |  |  |

**ORDER**

AND NOW, this 9th day of November, 2022, upon consideration of the Diisocyanates Plaintiffs'[1] Motion to Intervene, Unseal Judicial Records, and Modify the Protective Order and the Respondents'[2] Response, and for the reasons set forth in this Court's October 27, 2022 Memorandum and Order (ECF 3326) it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED IN PART.

It is FURTHER ORDERED as follows:

1. The Diisocyanates Plaintiffs are permitted to intervene in the above-captioned proceedings (the "*Urethane* case") pursuant to Fed.R.Civ.P. 24 for the limited purpose of seeking access to certain documents and modification the protective order in this *Urethane* case (ECF 165, as amended by ECF 2120 and ECF 2286) (the "Urethane Protective Order").

---

[1] The "Diisocyanates Plaintiffs" are Utah Foam Products, Inc., NCP Coatings, Inc., Rhino Linings Corporation, Tri-Iso Tryline LLC, and American Polymers Corp., individually and on behalf of a class of all those similarly situated, in the *In re: Diisocyanates Antitrust Litigation*, MDL No. 2862 (W.D. Pa. No. 18-mc-1001).

[2] The "Respondents" are BASF Corporation, BASF SE, Covestro LLC (f/k/a Bayer MaterialScience, LLC), The Dow Chemical Company, Huntsman Corporation, and Huntsman International LLC.

2. All parties (including Defendants) in the *In re: Diisocyanates Antitrust Litigation*, MDL No. 2862 (W.D. Pa. No. 18-mc-1001) (the *Diisocyanates* case) shall have access to and may obtain from the Clerk of the U.S. District Court for the District of Kansas unredacted copies of all of the judicial records identified on Exhibit 1 to this Order (the "Briefing").  Additionally, all parties (including Defendants) may have access to and obtain copies of the transcripts of any corporate designee depositions of the Defendants in this *Urethane* case (the "Deposition Transcripts").  Access to the Briefing and Deposition Transcripts shall be subject to the Urethane Protective Order.

3. All parties (including Defendants) in the *Diisocyanates* case may use the Briefing and Deposition Transcripts for the purpose of litigating the *Diisocyanates* case, subject to the restrictions on the Briefing and Deposition Transcripts under the Urethane Protective Order.

4. Additionally, the Briefing and Deposition Transcripts shall be subject to the Protective Order in the *Diisocyanates* case (ECF No. 239 in the *Diisocyanates* case) (the "Diisocyanates Protective Order") to the extent that the Diisocyanates Protective Order may apply by its terms.

5. Respondents may file a motion in the *Diisocyanates* case to have a certain designation apply to a specific document or documents under the Diisocyanates Protective Order or otherwise to modify the Diisocyanates Protective Order (for instance, to continue to shield the documents from the clients).  Upon the *Diisocyanates* Court's ruling on such a Motion – or on December 1, 2022, if no such motion is filed – access to and use in the *Diisocyanates* case of the Briefing and Deposition Transcripts shall be permitted as if they are designated "Confidential" under the Diisocyanates Protective Order, and the Urethane Protective Order shall be deemed modified to that extent.

BY THE COURT:

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge

**Exhibit 1**

### Class Certification

| | | |
|---|---|---|
| 05/11/2007 | 552 | POLYETHER POLYOL -- MOTION to Certify Class by Plaintiff Seegott Holdings, Inc.(Moore, Tim) (Entered: 05/11/2007) |
| 05/11/2007 | 554 | POLYETHER POLYOL -- SEALED MEMORANDUM (and Exhibits) IN SUPPORT of 552 MOTION to Certify Class by Plaintiff Seegott Holdings, Inc. (Filed Under Seal.)(mg) (Entered: 05/14/2007) |
| 05/14/2007 | 555 | POLYETHER POLYOL -- SEALED SUPPLEMENT (Exhibit B) TO 554 Memorandum in Support of 552 MOTION to Certify Class by Plaintiff Seegott Holdings, Inc. (Filed Under Seal.)(mg) (Entered: 05/15/2007) |
| 04/01/2008 | 686 | POLYETHER POLYOL -- SEALED Joint MEMORANDUM in Opposition to Plaintiffs' 552 Motion for Class Certification for MDI, TDI and Polyether Polyols. (Greenfield, Phillip) (Entered: 04/01/2008) |
| 04/01/2008 | 687 | POLYETHER POLYOL -- SEALED OPPOSITION to Plaintiffs' 552 Motion for Certification of Any Class That Includes Systems. (Greenfield, Phillip) (Entered:04/01/2008) |
| 04/01/2008 | 688 | POLYETHER POLYOL -- SEALED Additional BRIEF of the Dow Chemical Company in Opposition to Plaintiffs' 552 Motion for Class Certification. (Greenfield, Phillip)(Entered: 04/01/2008) |
| 04/01/2008 | 689 | POLYETHER POLYOL -- SEALED EXHIBITS re 688 SEALED Additional Brief, 686SEALED Memorandum in Opposition, 687 SEALED Opposition. (Attachments: # 1Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, #13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA)(Greenfield, Phillip)(Entered: 04/01/2008) |
| 07/01/2008 | 703 | POLYETHER POLYOL -- SEALED REPLY to Response to Motion by Plaintiff Seegott Holdings, Inc. re: 552 MOTION for Class Certification for Polyether Polyols, MDI and TDI. (Attachments: # 1 Appendix Exhibit Index, # 2 Exhibit 1, # 3 Exhibit 2, # 4Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7a, # 9 Exhibit 7b, # 10Exhibit 7c, # 11 Exhibit 8a, # 12 Exhibit 8b, # 13 Exhibit 8c, # 14 Exhibit 8d, # 15Exhibit 9a, # 16 Exhibit 9b, # 17 Exhibit 9c, # 18 Exhibit 10a, # 19 Exhibit 10b, # 20Exhibit 11, # 21 Exhibit 12a, # 22 Exhibit 12b, # 23 Exhibit 13, # 24 Exhibit 14a, # 25Exhibit 14b, # 26 Exhibit 14c, # 27 Exhibit 15a, # 28 Exhibit 15b, # 29 Exhibit 15c, #30 Exhibit 15d, # 31 Exhibit 15e, # 32 |

|  |  |  |
|---|---|---|
|  |  | Exhibit 15f, # 33 Exhibit 15g, # 34 Exhibit 15h, #35 Exhibit 16, # 36 Exhibit 17, # 37 Exhibit 18, # 38 Exhibit 19, # 39 Exhibit 20, # 40Exhibit 21a, # 41 Exhibit 21b, # 42 Exhibit 21c, # 43 Exhibit 21d, # 44 Exhibit 21e, #45 Exhibit 21f, # 46 Exhibit 21g, # 47 Exhibit 21h, # 48 Exhibit 22a, # 49 Exhibit 22b, #50 Exhibit 23, # 51 Exhibit 24, # 52 Exhibit 25a, # 53 Exhibit 25b, # 54 Exhibit 26, # 55Exhibit 27, # 56 Exhibit 28, # 57 Exhibit 29, # 58 Exhibit 30, # 59 Exhibit 31, # 60Exhibit 32, # 61 Exhibit 33, # 62 Exhibit 34a, # 63 Exhibit 34b, # 64 Exhibit 34c, # 65Exhibit 34d, # 66 Exhibit 35, # 67 Exhibit 36, # 68 Exhibit 37, # 69 Exhibit 38, # 70Exhibit 39, # 71 Exhibit 40, # 72 Exhibit 41, # 73 Exhibit 42, # 74 Exhibit 43, # 75Exhibit 44, # 76 Exhibit 45, # 77 Exhibit 46, # 78 Exhibit 47, # 79 Exhibit 48, # 80Exhibit 49, # 81 Exhibit 50a, # 82 Exhibit 50b, # 83 Exhibit 50c, # 84 Exhibit 50d, # 85Exhibit 51, # 86 Exhibit 52, # 87 Exhibit 53a, # 88 Exhibit 53b, # 89 Exhibit 53c, # 90Exhibit 53d, # 91 Exhibit 53e, # 92 Exhibit 54, # 93 Exhibit 55, # 94 Exhibit 56a, # 95Exhibit 56b, # 96 Exhibit 57, # 97 Exhibit 58, # 98 Exhibit 59, # 99 Exhibit 60, # 100Exhibit 61, # 101 Exhibit 62, # 102 Exhibit 63, # 103 Exhibit 64, # 104 Exhibit 65, #105 Exhibit 66, # 106 Exhibit 67, # 107 Exhibit 68a, # 108 Exhibit 68b, # 109 Exhibit68c, # 110 Exhibit 69, # 111 Exhibit 70, # 112 Exhibit 71a, # 113 Exhibit 71b, # 114Exhibit 71c)(Coykendall, Robert) (Entered: 07/01/2008) |
| 07/02/2008 | 704 | POLYETHER POLYOL -- SEALED REPLY to Response to Motion by Plaintiff Seegott Holdings, Inc. re: 552 MOTION to Certify Class. (Coykendall, Robert) (Entered:07/02/2008) |
| 07/02/2008 | 705 | POLYETHER POLYOL -- SEALED REPLY to Response to Motion by Plaintiff Seegott Holdings, Inc. re: 552 MOTION to Certify Class for Systems. (Attachments: # 1 Exhibit Index, # 2 Exhibit 1a, # 3 Exhibit 1b, # 4 Exhibit 1c, # 5 Exhibit 2, # 6 Exhibit 3, # 7Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, #13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12a, # 16 Exhibit 12b, # 17 Exhibit 12c, #18 Exhibit 13, # 19 Exhibit 14, # 20 Exhibit 15, # 21 Exhibit 16, # 22 Exhibit 17, # 23Exhibit 18, # 24 Exhibit 19, # 25 Exhibit 20, # 26 Exhibit 21, # 27 Exhibit 22, # 28Exhibit 23, # 29 Exhibit 24, # 30 Exhibit 25, # 31 Exhibit 26, # 32 Exhibit 27, # 33Exhibit 28, # 34 Exhibit 29, # 35 Exhibit 30)(Coykendall, Robert) (Entered:07/02/2008) |

## Summary Judgment

08/17/2012    2400    POLYETHER POLYOL -- SEALED MOTION for Summary Judgment Relating to The Opt-Outs' Pre-Class Claims by The Defendant Dow Chemical Company. (Finch, Floyd)(Entered: 08/17/2012)

08/17/2012    2401    POLYETHER POLYOL -- SEALED MEMORANDUM IN SUPPORT of 2400 SEALED MOTION for Summary Judgment Relating to The Opt-Outs' Pre-Class Claims by Defendant The Dow Chemical Company.(Attachments: # 1 Exhibit Index, #2 Sealed Exhibit #01, # 3 Sealed Exhibit #02, # 4 Sealed Exhibit #03, # 5 Sealed Exhibit#04, # 6 Sealed Exhibit #05, # 7 Sealed Exhibit #06, # 8 Sealed Exhibit #07, # 9 Sealed Exhibit #08, # 10 Sealed Exhibit #09, # 11 Sealed Exhibit #10, # 12 Sealed Exhibit #11,# 13 Sealed Exhibit #12, # 14 Sealed Exhibit #13, # 15 Sealed Exhibit #14, # 16 Sealed Exhibit #15, # 17 Sealed Exhibit #16, # 18 Sealed Exhibit #17, # 19 Sealed Exhibit #18,# 20 Sealed Exhibit #19, # 21 Sealed Exhibit #20, # 22 Sealed Exhibit #21, # 23 Sealed Exhibit #22, # 24 Sealed Exhibit #23)(Finch, Floyd) (Entered: 08/17/2012)

08/17/2012    2402    POLYETHER POLYOL -- SEALED MOTION for Summary Judgment With Respect to All Claims by Defendant The Dow Chemical Company. (Finch, Floyd) (Correctly titled motion added on 8/20/2012: # 1 Motion)(mg)) (Entered: 08/17/2012)

08/17/2012    2403    POLYETHER POLYOL -- SEALED MEMORANDUM IN SUPPORT of 2402 SEALED MOTION for Summary Judgment With Respect to All Claims by Defendant The Dow Chemical Company. (Attachments: # 1 Dow's Rule 56.1 Statement of Material Facts That Are Not In Dispute, # 2 Exhibit Index, # 3 Sealed Exhibit #001, # 4 Sealed Exhibit #001A, # 5 Sealed Exhibit #002, # 6 Sealed Exhibit #003, # 7 Sealed Exhibit#004, # 8 Sealed Exhibit #005, # 9 Sealed Exhibit #006, # 10 Sealed Exhibit #007, # 11Sealed Exhibit #008, # 12 Sealed Exhibit #009, # 13 Sealed Exhibit #010, # 14 Sealed Exhibit #011, # 15 Sealed Exhibit #012, # 16 Sealed Exhibit #013, # 17 Sealed Exhibit#014, # 18 Sealed Exhibit #015, # 19 Sealed Exhibit #016, # 20 Sealed Exhibit #017, #21 Sealed Exhibit #018, # 22 Sealed Exhibit #019, # 23 Sealed Exhibit #020, # 24Sealed Exhibit #021A, # 25 Sealed Exhibit #021B, # 26 Sealed Exhibit #022, # 27Sealed Exhibit #023, # 28 Sealed Exhibit #024, # 29 Sealed Exhibit #025, # 30 Sealed Exhibit #026, # 31 Sealed Exhibit #027, # 32 Sealed Exhibit #028, # 33 Sealed Exhibit#029, # 34 Sealed Exhibit #030, # 35 Sealed Exhibit #031, # 36 Sealed Exhibit #032, #37 Sealed Exhibit #033, # 38 Sealed Exhibit #034, # 39 Sealed Exhibit #035, # 40Sealed Exhibit #036, # 41 Sealed Exhibit #037, # 42 Sealed Exhibit #038, # 43 Sealed Exhibit #039, # 44 Sealed Exhibit #040, # 45 Sealed Exhibit #041, # 46 Sealed Exhibit #042, # 47 Sealed Exhibit #043, # 48 Sealed Exhibit #044, # 49 Sealed Exhibit #045, #50 Sealed Exhibit #046, # 51 Sealed Exhibit #047, # 52 Sealed Exhibit #048, # 53Sealed Exhibit #049, # 54 Sealed Exhibit #050, # 55 Sealed Exhibit #051, # 56 Sealed Exhibit #052, # 57

|  |  |  |
|---|---|---|
|  |  | Sealed Exhibit #053, # 58 Sealed Exhibit #054, # 59 Sealed Exhibit#055, # 60 Sealed Exhibit #056, # 61 Sealed Exhibit #057, # 62 Sealed Exhibit #058, #63 Sealed Exhibit #059, # 64 Sealed Exhibit #060, # 65 Sealed Exhibit #061, # 66Sealed Exhibit #062, # 67 Sealed Exhibit #063, # 68 Sealed Exhibit #064, # 69 Sealed Exhibit #065, # 70 Sealed Exhibit #066, # 71 Sealed Exhibit #067, # 72 Sealed Exhibit#068, # 73 Sealed Exhibit #069, # 74 Sealed Exhibit #070A, # 75 Sealed Exhibit #070B,# 76 Sealed Exhibit #070C, # 77 Sealed Exhibit #070D, # 78 Sealed Exhibit #070E, #79 Sealed Exhibit #071, # 80 Sealed Exhibit #072, # 81 Sealed Exhibit #073, # 82Sealed Exhibit #074, # 83 Sealed Exhibit #075, # 84 Sealed Exhibit #076A, # 85 Sealed Exhibit #076B, # 86 Sealed Exhibit #077, # 87 Sealed Exhibit #078, # 88 Sealed Exhibit#079, # 89 Sealed Exhibit #080, # 90 Sealed Exhibit #081, # 91 Sealed Exhibit #082, #92 Sealed Exhibit #083, # 93 Sealed Exhibit #084, # 94 Sealed Exhibit #085, # 95Sealed Exhibit #086, # 96 Sealed Exhibit #087, # 97 Sealed Exhibit #088, # 98 Sealed Exhibit #089A, # 99 Sealed Exhibit #089B, # 100 Sealed Exhibit #089C, # 101 Sealed Exhibit #089D, # 102 Sealed Exhibit #089E, # 103 Sealed Exhibit #089F, # 104 Sealed Exhibit #089G, # 105 Sealed Exhibit #090, # 106 Sealed Exhibit #091, # 107 Sealed Exhibit #092, # 108 Sealed Exhibit #093, # 109 Sealed Exhibit #094, # 110 Sealed Exhibit #095, # 111 Sealed Exhibit #096, # 112 Sealed Exhibit #097, # 113 Sealed Exhibit #098, # 114 Sealed Exhibit #099, # 115 Sealed Exhibit #100, # 116 Sealed Exhibit #101, # 117 Sealed Exhibit #102, # 118 Sealed Exhibit #103A, # 119 Sealed Exhibit #103B, # 120 Sealed Exhibit #104, # 121 Sealed Exhibit #105, # 122 Sealed Exhibit #106)(Finch, Floyd) (Motion title modified on 8/20/2012.)(mg). (Entered:08/17/2012) |
| 10/05/2012 | 2434 | POLYETHER POLYOL -- SEALED RESPONSE by Direct Action Plaintiffs to Dow's Rule 56.1 Statement of Material Facts that are not in Dispute re: 2403 SEALED Memorandum in Support of Motion. (Trulove, Jodi) (Entered: 10/05/2012) |
| 10/05/2012 | 2435 | POLYETHER POLYOL -- SEALED STATEMENT of Additional Disputed Facts in Opposition to 2400 The Dow Chemical Company's MOTION for Summary Judgment Relating to The Opt-Outs' Pre-Class Claims, 2402 SEALED MOTION for Summary Judgment With Respect to All Claims by Direct Action Plaintiffs. (Attachments: # 1Appendix of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, #12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 |

| | | |
|---|---|---|
| | | Exhibit 50)(Metlin, Elaine) Modified on 10/11/2012 (mg). (Entered: 10/05/2012) |
| 10/05/2012 | 2436 | POLYETHER POLYOL -- SEALED RESPONSE by Plaintiff Seegott Holdings, Inc. re:2402 SEALED MOTION for Summary Judgment With Respect to All Claims.(Attachments: # 1 Exhibit Index, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, #17 Exhibit 16, # 18 Exhibit 17)(Coykendall, Robert) (Entered: 10/05/2012) |
| 10/05/2012 | 2437 | POLYETHER POLYOL -- SEALED EXHIBIT (18) IN SUPPORT of 2436 SEALED Response to Motion by Plaintiff Seegott Holdings, Inc. (Attachments: # 1 Exhibit 18)(Coykendall, Robert) (Entered: 10/05/2012) |
| 10/05/2012 | 2438 | POLYETHER POLYOL -- SEALED EXHIBITS (19-49 only) IN SUPPORT of 2436SEALED Response to Motion by Plaintiff Seegott Holdings, Inc. (Attachments: # 1Exhibit 19, # 2 Exhibit 20, # 3 Exhibit 21, # 4 Exhibit 22, # 5 Exhibit 23, # 6 Exhibit 24,# 7 Exhibit 25, # 8 Exhibit 26, # 9 Exhibit 27, # 10 Exhibit 28, # 11 Exhibit 29, # 12 Exhibit 30, # 13 Exhibit 31, # 14 Exhibit 32, # 15 Exhibit 33, # 16 Exhibit 34, # 17Exhibit 35, # 18 Exhibit 36, # 19 Exhibit 37, # 20 Exhibit 38, # 21 Exhibit 39, # 22Exhibit 40, # 23 Exhibit 41, # 24 Exhibit 42, # 25 Exhibit 43, # 26 Exhibit 44, # 27Exhibit 45, # 28 Exhibit 46, # 29 Exhibit 47, # 30 Exhibit 48, # 31 Exhibit 49)(Coykendall, Robert) (Entered: 10/05/2012) |

## Daubert Motions and Motions in Limine

| | | |
|---|---|---|
| 08/17/2012 | 2384 | POLYETHER POLYOL -- SEALED MOTION To Exclude Fifth Amendment Responses of Former Bayer Employee H. Lee Noble by Defendant The Dow Chemical Company. (Finch, Floyd) (Entered: 08/17/2012) |
| 08/17/2012 | 2385 | POLYETHER POLYOL -- SEALED MEMORANDUM IN SUPPORT of 2384 SEALED MOTION To Exclude Fifth Amendment Responses of Former Bayer Employee H. Lee Noble by Defendant The Dow Chemical Company. (Attachments: # 1 Index of Exhibits, # 2 Sealed Exhibit #01, # 3 Sealed Exhibit #02, # 4 Sealed Exhibit#03, # 5 Sealed Exhibit #04)(Finch, Floyd) (Entered: 08/17/2012) |
| 08/17/2012 | 2386 | POLYETHER POLYOL -- SEALED MOTION To Exclude Responses To Hague Convention Requests By Bayer German Witnesses by Defendant The Dow Chemical Company. (Finch, Floyd) (Entered: 08/17/2012) |
| 08/17/2012 | 2387 | POLYETHER POLYOL -- SEALED MEMORANDUM IN SUPPORT of 2386 SEALED MOTION To Exclude Responses To Hague Convention Requests By Bayer German Witnesses by Defendant The Dow Chemical Company. (Attachments: # 1 Exhibit Index, # 2 Sealed Exhibit #01, # 3 Exhibit Sealed Exhibit #02, # 4 Sealed Exhibit #03, # 5 Sealed Exhibit #04, # 6 Sealed Exhibit #05, # 7 Sealed Exhibit #06, # 8 Sealed Exhibit #07, # 9 Sealed Exhibit #08, # 10 Sealed Exhibit #09, # 11 Sealed Exhibit #10, # 12 Sealed Exhibit #11, # 13 Sealed Exhibit #12, # 14 Sealed Exhibit #13,# 15 Sealed Exhibit #14, # 16 Sealed Exhibit #15, # 17 Sealed Exhibit #16, # 18 Sealed Exhibit #17)(Finch, Floyd) (Entered: 08/17/2012) |
| 08/17/2012 | 2390 | POLYETHER POLYOL -- SEALED MOTION to Exclude the Expert Opinion of Class Damages Expert Dr. James T. McClave by Defendant The Dow Chemical Company.(Finch, Floyd) (Entered: 08/17/2012) |
| 08/17/2012 | 2391 | POLYETHER POLYOL -- SEALED MEMORANDUM IN SUPPORT of 2390 SEALED MOTION to Exclude the Expert Opinion of Class Damages Expert Dr. James T. McClave by Defendant The Dow Chemical Company. (Attachments: # 1 Exhibit Index, # 2 Exhibit Sealed Exhibit #01, # 3 Exhibit Sealed Exhibit #02, # 4 Exhibit Sealed Exhibit #03, # 5 Exhibit Sealed Exhibit #04, # 6 Exhibit Sealed Exhibit #05, # 7 Exhibit Sealed Exhibit #06, # 8 Exhibit Sealed Exhibit #07, # 9 Exhibit Sealed Exhibit#08, # 10 Exhibit Sealed Exhibit #09, # 11 Exhibit Sealed Exhibit #10, # 12 Exhibit Sealed Exhibit #11, # 13 Exhibit Sealed Exhibit #12, # 14 Exhibit Sealed Exhibit #13)(Finch, Floyd) (Entered: 08/17/2012) |
| 08/17/2012 | 2392 | POLYETHER POLYOL -- SEALED MOTION to Exclude the Expert Opinion of Class Liability Expert Dr. John L. Solow by Defendant The Dow Chemical Company. (Finch, Floyd) (Entered: 08/17/2012) |

| Date | Doc # | Description |
|---|---|---|
| 08/17/2012 | 2393 | POLYETHER POLYOL -- SEALED MEMORANDUM IN SUPPORT of 2392SEALED MOTION to Exclude the Expert Opinion of Class Liability Expert Dr. John L. Solow by Defendant The Dow Chemical Company. (Attachments: # 1 Exhibit Index, #2 Exhibit Sealed Exhibit #01, # 3 Exhibit Sealed Exhibit #02, # 4 Exhibit Sealed Exhibit#03, # 5 Exhibit Sealed Exhibit #04, # 6 Exhibit Sealed Exhibit #05, # 7 Exhibit Sealed Exhibit #06, # 8 Exhibit Sealed Exhibit #07, # 9 Exhibit Sealed Exhibit #08, # 10Exhibit Sealed Exhibit #09, # 11 Exhibit Sealed Exhibit #10, # 12 Exhibit Sealed Exhibit #11, # 13 Exhibit Sealed Exhibit #12)(Finch, Floyd) (Entered: 08/17/2012) |
| 08/17/2012 | 2396 | POLYETHER POLYOL -- MOTION in Limine to Limit the Testimony of Professor Kenneth G. Elzinga by Direct Action Plaintiffs. (Attachments: # 1 Exhibit C, # 2Exhibit D, # 3 Exhibit E, # 4 Exhibit F, # 5 Exhibit G, # 6 Exhibit H, # 7 Exhibit I, # 8 Exhibit L, # 9 Exhibit M, # 10 Exhibit N, # 11 Exhibit O)(Metlin, Elaine) (Entered:08/17/2012) |
| 08/17/2012 | 2397 | POLYETHER POLYOL -- SEALED MEMORANDUM IN SUPPORT of 2396MOTION in Limine to Limit the Testimony of Professor Kenneth G. Elzinga by Direct Action Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit J, # 4 Exhibit K)(Metlin, Elaine) (Entered: 08/17/2012) |
| 08/17/2012 | 2398 | POLYETHER POLYOL -- SEALED MOTION to Exclude the Expert Opinion of Opt-Out Plaintiffs' Damages Expert Dr. Matthew E. Raiff by Defendant The Dow Chemical Company. (Finch, Floyd) (Entered: 08/17/2012) |
| 08/17/2012 | 2399 | POLYETHER POLYOL -- SEALED MEMORANDUM IN SUPPORT of 2398SEALED MOTION to Exclude the Expert Opinion of Opt-Out Plaintiffs' Damages Expert Dr. Matthew E. Raiff by Defendant The Dow Chemical Company. (Attachments:# 1 Exhibit Index, # 2 Sealed Exhibit #01, # 3 Sealed Exhibit #02, # 4 Sealed Exhibit#03, # 5 Sealed Exhibit #04, # 6 Sealed Exhibit #05, # 7 Sealed Exhibit #06A, # 8Sealed Exhibit #06B, # 9 Sealed Exhibit #07, # 10 Sealed Exhibit #08, # 11 Sealed Exhibit #09, # 12 Sealed Exhibit #10, # 13 Sealed Exhibit #11, # 14 Sealed Exhibit #12,# 15 Sealed Exhibit #13)(Finch, Floyd) (Entered: 08/17/2012) |
| 10/03/2012 | 2428 | POLYETHER POLYOL -- SEALED RESPONSE by Plaintiff Seegott Holdings, Inc. re:2390 SEALED MOTION to Exclude the Expert Opinion of Class Damages Expert Dr .James T. McClave. (Attachments: # 1 Exhibit Index, # 2 Exhibit 1, # 3 Exhibit 2, # 4Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13)(Coykendall, Robert) (Additional attachment(s) added on 10/12/2012: # 15 Substituted Response) (mg). (Entered: 10/03/2012) |
| 10/04/2012 | 2430 | POLYETHER POLYOL -- SEALED RESPONSE by Plaintiff Seegott Holdings, Inc. re:2392 SEALED MOTION to Exclude the Expert Opinion of Class Liability Expert Dr. John L. Solow. (Attachments: # 1 Exhibit Index, # |

| | | |
|---|---|---|
| | | 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Coykendall, Robert) (Entered: 10/04/2012) |
| 10/05/2012 | 2432 | POLYETHER POLYOL -- SEALED RESPONSE by Plaintiff Direct Action Plaintiffs re: 2398 SEALED MOTION to Exclude the Expert Opinion of Opt-Out Plaintiffs 'Damages Expert Dr. Matthew E. Raiff. (Attachments: # 1 Exhibit Index Index of Exhibits, # 2 Appendix A, # 3 Appendix B, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, #7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, #13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 18Continued, # 23 Exhibit 19, # 24 Exhibit 20, # 25 Exhibit 21)(Metlin, Elaine) (Entered:10/05/2012) |
| 10/05/2012 | 2433 | POLYETHER POLYOL -- SEALED RESPONSE by Plaintiff Direct Action Plaintiffs re: 2384 SEALED MOTION To Exclude Fifth Amendment Responses of Former Bayer Employee H. Lee Noble, 2386 SEALED MOTION To Exclude Responses To Hague Convention Requests By Bayer German Witnesses. (Attachments: # 1 Exhibit Index, # 2Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit12, # 14 Exhibit 12 Continued, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48Exhibit 46, # 49 Exhibit 47, # 50 Exhibit 48, # 51 Exhibit 49, # 52 Exhibit 50, # 53Exhibit 51, # 54 Exhibit 52)(Metlin, Elaine) (Entered: 10/05/2012) |
| 10/05/2012 | 2455 | POLYETHER POLYOL -- SEALED RESPONSE by Defendant The Dow Chemical Company re: 2396 MOTION in Limine to Limit the Testimony of Professor Kenneth G. Elzinga.(Attachments: # 1 Elzinga Response Exhibit 1, # 2 Elzinga Response Exhibit 2,# 3 Elzinga Response Exhibit 3, # 4 Elzinga Response Exhibit 4, # 5 Elzinga Response Exhibit 5)(Finch, Floyd) (Entered: 10/05/2012) |
| 10/05/2012 | 2472 | POLYETHER POLYOL -- SEALED RESPONSE by Plaintiff Seegott Holdings, Inc. re: 2386 SEALED MOTION To Exclude Responses To Hague Convention Requests By Bayer German Witnesses. (Attachments: # 1 Exhibit Index, # 2 Exhibit 1, # 3 Exhibit 2,# 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, #10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # |

| | | |
|---|---|---|
| | | 20Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21)(Coykendall, Robert) (Entered:10/05/2012) |
| 10/05/2012 | 2473 | POLYETHER POLYOL -- SEALED EXHIBITS (24-26 only) IN SUPPORT of 2472SEALED Response to Motion by Plaintiff Seegott Holdings, Inc. (Attachments: # 1Exhibit 24, # 2 Exhibit 25, # 3 Exhibit 26)(Coykendall, Robert) (Entered: 10/05/2012) |
| 10/05/2012 | 2474 | POLYETHER POLYOL -- SEALED EXHIBIT (22A) IN SUPPORT of 2472 SEALED Response to Motion by Plaintiff Seegott Holdings, Inc. (Attachments: # 1 Exhibit 22A)(Coykendall, Robert) (Entered: 10/05/2012) |
| 10/05/2012 | 2475 | POLYETHER POLYOL -- SEALED EXHIBIT (22B) IN SUPPORT of 2472 SEALED Response to Motion by Plaintiff Seegott Holdings, Inc. (Attachments: # 1 Exhibit 22B)(Coykendall, Robert) (Entered: 10/05/2012) |
| 10/05/2012 | 2476 | POLYETHER POLYOL -- SEALED EXHIBIT (22C) IN SUPPORT of 2472 SEALED Response to Motion by Plaintiff Seegott Holdings, Inc. (Attachments: # 1 Exhibit 22C)(Coykendall, Robert) (Entered: 10/05/2012) |
| 10/05/2012 | 2477 | POLYETHER POLYOL -- SEALED EXHIBIT (22D) IN SUPPORT of 2472 SEALED Response to Motion by Plaintiff Seegott Holdings, Inc. (Attachments: # 1 Exhibit 22D)(Coykendall, Robert) (Entered: 10/05/2012) |
| 10/05/2012 | 2478 | POLYETHER POLYOL -- SEALED EXHIBIT (23A) IN SUPPORT of 2472 SEALED Response to Motion by Plaintiff Seegott Holdings, Inc. (Attachments: # 1 Exhibit 23A)(Coykendall, Robert) (Entered: 10/05/2012) |
| 10/05/2012 | 2479 | POLYETHER POLYOL -- SEALED EXHIBIT (23B) IN SUPPORT of 2472 SEALED Response to Motion by Plaintiff Seegott Holdings, Inc. (Attachments: # 1 Exhibit 23B)(Coykendall, Robert) (Entered: 10/05/2012) |
| 10/05/2012 | 2480 | POLYETHER POLYOL -- SEALED EXHIBITS (23C and 23D only) IN SUPPORT of2472 SEALED Response to Motion by Plaintiff Seegott Holdings, Inc. (Attachments: #1 Exhibit 23C, # 2 Exhibit 23D)(Coykendall, Robert) (Entered: 10/05/2012) |
| 10/05/2012 | 2481 | POLYETHER POLYOL -- SEALED EXHIBIT (23E) IN SUPPORT of 2472 SEALED Response to Motion by Plaintiff Seegott Holdings, Inc. (Attachments: # 1 Exhibit 23E)(Coykendall, Robert) (Entered: 10/05/2012) |
| 11/06/2012 | 2517 | POLYETHER POLYOL -- SEALED REPLY MEMORANDUM IN SUPPORT of 2392SEALED MOTION to Exclude the Expert Opinion of Class Liability Expert Dr. John L. Solow by Defendant The Dow Chemical Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Markley, Brian) (Entered: 11/06/2012) |

| | | |
|---|---|---|
| 11/06/2012 | 2519 | POLYETHER POLYOL -- SEALED REPLY MEMORANDUM IN SUPPORT of 2390SEALED MOTION to Exclude the Expert Opinion of Class Damages Expert Dr. James T. McClave by Defendant The Dow Chemical Company. (Attachments: # 1 Exhibit 1, #2 Exhibit 2, # 3 Exhibit 3)(Markley, Brian) (Entered: 11/06/2012) |
| 11/06/2012 | 2521 | POLYETHER POLYOL -- SEALED REPLY MEMORANDUM IN SUPPORT of 2384SEALED MOTION To Exclude Fifth Amendment Responses of Former Bayer Employee H. Lee Noble, 2386 SEALED MOTION To Exclude Responses To Hague Convention Requests By Bayer German Witnesses by Defendant The Dow Chemical Company. (Markley, Brian) (Entered: 11/06/2012) |
| 11/06/2012 | 2530 | POLYETHER POLYOL -- SEALED REPLY MEMORANDUM IN SUPPORT of 2398SEALED MOTION to Exclude the Expert Opinion of Opt-Out Plaintiffs' Damages Expert Dr. Matthew E. Raiff by Defendant The Dow Chemical Company. (Attachments:# 1 Exhibit Index, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12Exhibit 11)(Evans, Jeremy) (Entered: 11/06/2012) |
| 11/07/2012 | 2532 | POLYETHER POLYOL -- SEALED REPLY MEMORANDUM IN SUPPORT of 2396MOTION in Limine to Limit the Testimony of Professor Kenneth G. Elzinga by Direct Action Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit D, # 3 Exhibit E, # 4 Exhibit E Continued, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit H, # 8 Exhibit J, # 9 Exhibit K)(Martin, James) (Entered: 11/07/2012) |
| 11/07/2012 | 2533 | POLYETHER POLYOL -- EXHIBIT (B) IN SUPPORT of 2532 SEALED Memorandum in Support of 2396 Motion in Limine to Limit the Testimony of Professor Kenneth G. Elzinga. (Attachments: # 1 Exhibit C, # 2 Exhibit I, # 3 Exhibit L)(Martin, James) (Entered: 11/07/2012) |
| 11/16/2012 | 2541 | POLYETHER POLYOL -- UNOPPOSED SEALED MOTION to Substitute Corrected Exhibit to 2519 Reply Memorandum Seeking to Exclude the expert Opinion of James T. McClave by Defendant The Dow Chemical Company. (Attachments: # 1 Exhibit Corrected McClave Reply Exhibit 2)(Markley, Brian) Modified on 11/16/2012 to seal per chambers. (kao) (Entered: 11/16/2012) |
| 11/18/2012 | 2544 | POLYETHER POLYOL -- Corrected SEALED EXHIBIT (2) re: 2519 SEALED Reply Memorandum Seeking to Exclude the expert Opinion of James T. McClave. (Markley, Brian) (Entered: 11/18/2012) |
| 12/03/2012 | 2587 | POLYETHER POLYOL -- SEALED EXHIBITS IN SUPPORT of 2573 MOTION in Limine to Exclude Evidence of Settlement and Settlement Discussions by Defendant The Dow Chemical Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Markley, Brian) (Entered: 12/03/2012) |

| | | |
|---|---|---|
| 12/03/2012 | 2588 | POLYETHER POLYOL -- SEALED EXHIBITS IN SUPPORT of 2569 MOTION in Limine To Preclude Certain Statements by Alleged Co-Conspirators by Defendant The Dow Chemical Company. (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D, # 4Exhibit E, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit H)(Markley, Brian) (Entered:12/03/2012) |
| 12/04/2012 | 2592 | POLYETHER POLYOL -- SEALED EXHIBIT (A) re: 2581 Memorandum in Support of 2580 Motion. (Coykendall, Robert) (Entered: 12/04/2012) |
| 12/17/2012 | 2626 | POLYETHER POLYOL -- SEALED EXHIBIT (2) IN SUPPORT of 2609 Response to Motion in Limine to Exclude Testimony From Witness Attorney Paul Costa by Plaintiff Seegott Holdings, Inc. (Attachments: # 1 Exhibit 2)(Coykendall, Robert) (Entered:12/17/2012) |
| 12/17/2012 | 2627 | POLYETHER POLYOL -- SEALED RESPONSE by Plaintiff Seegott Holdings, Inc. re:2561 MOTION in Limine to Preclude References to Unrelated Price-Fixing Cases.(Attachments: # 1 Exhibit B, # 2 Exhibit C)(Coykendall, Robert) (Entered: 12/17/2012) |
| 12/17/2012 | 2628 | POLYETHER POLYOL -- EXHIBIT (A) IN SUPPORT of 2627 SEALED Response to Motion In Limine to Preclude References to Unrelated Price-Fixing Cases.(Attachments: # 1 Exhibit A)(Coykendall, Robert) (Entered: 12/17/2012) |
| 12/17/2012 | 2629 | POLYETHER POLYOL -- SEALED RESPONSE by Plaintiff Seegott Holdings, Inc. re:2569 MOTION in Limine To Preclude Certain Statements by Alleged Co-Conspirators.(Attachments: # 1 Exhibit B)(Coykendall, Robert) (Entered: 12/17/2012) |
| 12/17/2012 | 2630 | POLYETHER POLYOL -- EXHIBIT (A) IN SUPPORT of 2629 SEALED Response to Motion In Limine to Preclude Certain Statements By Alleged Co-Conspirators.(Attachments: # 1 Exhibit A)(Coykendall, Robert) (Entered: 12/17/2012) |
| 12/17/2012 | 2631 | POLYETHER POLYOL -- SEALED RESPONSE by Defendant The Dow Chemical Company, re: 2576 MOTION in Limine to Preclude Reference to Paul Seegott's Bankruptcy, to Dormant Status of Plaintiff Seegott Holdings, Inc., and to BASF Corporation's Now-Settled Counterclaim Against Seegott Holdings. (Attachments: # 1Exhibit A)(Markley, Brian) (Entered: 12/17/2012) |
| 12/17/2012 | 2632 | POLYETHER POLYOL -- SEALED RESPONSE by Defendant The Dow Chemical Company re: 2571 MOTION in Limine to Preclude Reference Before the Jury to "PassThrough" of Damages, or to Any Alleged Benefits to Class Plaintiffs From the Alleged Price Fixing. (Attachments: # 1 Exhibit A)(Markley, Brian) (Entered: 12/17/2012) |
| 12/17/2012 | 2633 | POLYETHER POLYOL -- SEALED EXHIBIT (A) IN SUPPORT of The Dow Chemical Company's 2616 Opposition to Class Plaintiffs Motion in |

| | | |
|---|---|---|
| | | Limine to Preclude Reference to How Class Plaintiffs Became Involved in the Case or to The Case Being Lawyer-Driven by Defendant The Dow Chemical Company. (Markley, Brian) (Entered:12/17/2012) |
| 12/17/2012 | 2634 | POLYETHER POLYOL -- SEALED RESPONSE by Defendant The Dow Chemical Company re: 2564 MOTION in Limine to Preclude Evidence or Reference to the Closing of the Department of Justice Criminal Investigation Without Indictment of Dow (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Markley, Brian)(Entered: 12/17/2012) |
| 12/21/2012 | 2647 | POLYETHER POLYOL -- SEALED REPLY to Response to Motion by Plaintiff Seegott Holdings, Inc. re: 2580 MOTION in Limine to Exclude Defendant's Initial Video Deposition Designations From Class Plaintiffs' Case-in-Chief. (Coykendall, Robert)(Entered: 12/21/2012) |
| 12/21/2012 | 2667 | POLYETHER POLYOL -- SEALED REPLY to Response to Motion by Defendant The Dow Chemical Company, re: 2561 MOTION in Limine to Preclude References to Unrelated Price-Fixing Cases. (Markley, Brian) (Entered: 12/21/2012) |
| 12/21/2012 | 2668 | POLYETHER POLYOL -- SEALED REPLY to Response to Motion by Plaintiff Seegott Holdings, Inc. re: 2564 MOTION in Limine to Preclude Evidence or Reference to the Closing of the Department of Justice Criminal Investigation Without Indictment of Dow.(Attachments: # 1 Exhibit B)(Coykendall, Robert) (Entered: 12/21/2012) |
| 12/21/2012 | 2669 | POLYETHER POLYOL -- EXHIBIT (A) IN SUPPORT of 2668 SEALED Reply to Response to Motion In Limine to Preclude Evidence or Reference to the Closing of The Department of Justice Criminal Investigation Without Indictment of Dow. (Attachments:# 1 Exhibit A)(Coykendall, Robert) (Entered: 12/21/2012) |
| 01/22/2013 | 2703 | POLYETHER POLYOL -- Emergency SEALED MOTION to Preclude Dow From Using Documents Produced on January 18, To Preclude Reference To Information In These Documents, and For Sanctions by Plaintiff Seegott Holdings, Inc.(Coykendall, Robert) (Entered: 01/22/2013) |
| 01/22/2013 | 2704 | POLYETHER POLYOL -- SEALED MEMORANDUM IN SUPPORT of 2703Emergency SEALED MOTION to Preclude Dow From Using Documents Produced on January 18, To Preclude Reference To Information In These Documents, and For Sanctions by Plaintiff Seegott Holdings, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Coykendall, Robert) (Entered: 01/22/2013) |
| 01/22/2013 | 2707 | POLYETHER POLYOL -- SEALED MEMORANDUM IN SUPPORT of 2706MOTION to DeCertify the Class by Defendant The Dow Chemical Company.(Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 |

| | | |
|---|---|---|
| | | Exhibit 4, # 5 Exhibit 6, #6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 11)(Markley, Brian) (Entered:01/22/2013) |
| 01/22/2013 | 2712 | POLYETHER POLYOL -- SEALED RESPONSE by Defendant The Dow Chemical Company re: 2703 Emergency SEALED MOTION to Preclude Dow From Using Documents Produced on January 18, To Preclude Reference To Information In These Documents, and For Sanctions. (Markley, Brian) (Entered: 01/22/2013) |
| 01/28/2013 | 2725 | POLYETHER POLYOL -- SEALED MEMORANDUM IN SUPPORT of 2719MOTION for Extension of Time to File Response as to 2706 MOTION to DeCertify the Class by Plaintiff Seegott Holdings, Inc. (Attachments: # 1 Exhibit A)(Coykendall, Robert) (Entered: 01/28/2013) |
| 01/28/2013 | 2726 | POLYETHER POLYOL -- EXHIBIT (B) IN SUPPORT of 2719 MOTION for Extension of Time to File Response as to 2706 MOTION to DeCertify the Class by Plaintiff Seegott Holdings, Inc. (Coykendall, Robert) (Entered: 01/28/2013) |
| 01/28/2013 | 2731 | POLYETHER POLYOL -- SEALED MOTION To Exclude Testimony Of Arthur Eberhart by Defendant The Dow Chemical Company. (Attachments: # 1 Exhibit A, # 2Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Markley, Brian) (Entered: 01/28/2013) |
| 01/29/2013 | 2734 | POLYETHER POLYOL -- SEALED RESPONSE by Plaintiff Seegott Holdings, Inc. re:2731 SEALED MOTION To Exclude Testimony Of Arthur Eberhart. (Attachments: # 1Exhibit A)(Coykendall, Robert) (Entered: 01/29/2013) |
| 02/04/2013 | 2752 | POLYETHER POLYOL -- SEALED RESPONSE by Plaintiff Seegott Holdings, Inc. re:2706 MOTION to DeCertify the Class. (Attachments: # 1 Exhibit A)(Dever, Gerard)(Entered: 02/04/2013) |
| 02/06/2013 | 2760 | POLYETHER POLYOL -- SEALED MOTION For Corrective Jury Instructions or, in the Alternative, for Leave to Add To Its Witness List by Defendant The Dow Chemical Company. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 5, # 4 Exhibit 6)(Markley, Brian) (Entered: 02/06/2013) |
| 02/11/2013 | 2772 | POLYETHER POLYOL -- SEALED RESPONSE by Plaintiff Seegott Holdings, Inc. re:2760 SEALED MOTION For Corrective Jury Instructions or, in the Alternative, for Leave to Add To Its Witness List. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dever, Gerard) (Entered: 02/11/2013) |
| 02/11/2013 | 2780 | POLYETHER POLYOL -- SEALED REPLY Brief Supporting its 2760 Motion for Corrective Jury Instructions or, In the Alternative, for Leave to Add to Its Witness List by Defendant The Dow Chemical Company. (Attachments: # 1 Exhibit 1)(Markley, Brian) (Entered: 02/11/2013) |

| Date | Doc # | Description |
|---|---|---|
| 02/15/2013 | 2791 | POLYETHER POLYOL -- SEALED EXHIBIT (4) to The Dow Chemical Company's Trial Brief Supporting the Exclusion of Any Reference to Alleged Conspiracies Or Illegal Conduct Occurring Before 1999 re: 2786 Trial Brief. (Attachments: # 1 Exhibit4)(Markley, Brian) (Entered: 02/15/2013) |
| 03/05/2013 | 2810 | POLYETHER POLYOL -- SEALED EXHIBIT (3) IN SUPPORT of 2808 MOTION for Judgment On The Verdict and As a Matter Of Law, Or For a New Trial by Defendant The Dow Chemical Company. (Attachments: # 1 Exhibit 3)(Markley, Brian) (Entered:03/05/2013) |
| 06/19/2013 | 2915 | DIRECT ACTION POLYETHER POLYOL -- SEALED RESPONSE by Direct Action Plaintiffs re: 2908 SEALED MOTION for Leave to Conduct Limited Discovery Concerning Plaintiffs' Proposed Substitution of Expert. (Metlin, Elaine) (Entered:06/19/2013) |
| 06/19/2013 | 2916 | DIRECT ACTION POLYETHER POLYOL -- EXHIBITS IN SUPPORT of 2915SEALED Response to Motion. (Attachments: # 1 Exhibit B)(Metlin, Elaine) (Entered:06/19/2013) |
| 06/28/2013 | 2930 | DIRECT ACTION -- SEALED MOTION to Substitute Expert Witness by Direct Action Plaintiffs. (Metlin, Elaine) (Entered: 06/28/2013) |
| 06/28/2013 | 2931 | DIRECT ACTION -- SEALED MEMORANDUM IN SUPPORT of 2930 SEALEDMOTION to Substitute Expert Witness by Direct Action Plaintiffs. (Attachments: # 1Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7Exhibit G)(Metlin, Elaine) (Entered: 06/28/2013) |
| 07/01/2013 | 2935 | CLASS ACTION POLYETHER POLYOL -- SEALED EXHIBIT (1) IN SUPPORT of2932 Response to Motion, by Defendant The Dow Chemical Company. (Markley, Brian) (Entered: 07/01/2013) |
| 07/12/2013 | 2944 | DIRECT ACTION POLYETHER POLYOL -- SEALED RESPONSE by Defendant The Dow Chemical Company re: 2930 SEALED MOTION to Substitute Expert Witness.(REDACTED) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Markley, Brian) (Entered: 07/12/2013) |
| 07/26/2013 | 2961 | DIRECT ACTION -- SEALED REPLY to Response to Motion by Direct Action Plaintiffs re: 2930 SEALED MOTION to Substitute Expert Witness. (Attachments: # 1Exhibit A)(Metlin, Elaine) (Entered: 07/26/2013) |